**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Dewit Dairy** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-0496939** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2011 Bob Barton Hwy**<br>**Wendell, ID 83355**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Gooding**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Dewit Dairy**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Dewit Dairy**

Name                                                          Case number (*if known*)

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other _____

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes.  Insurance agency _____
               Contact name _____
               Phone _____

---

█    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Dewit Dairy**
Name                                                                          Case number (*if known*)

---

| Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2020**
                        MM / DD / YYYY

**X** **/s/ Tony Dewit**                                    **Tony Dewit**
Signature of authorized representative of debtor          Printed name

Title    **Partner**

---

**18. Signature of attorney**

**X** **/s/ Matthew T. Christensen**                Date    **September 17, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Matthew T. Christensen 7213**
Printed name

**ANGSTMAN JOHNSON**
Firm name

**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702**
Number, Street, City, State & ZIP Code

Contact phone    **208-384-8588**        Email address    **info@angstman.com**

**7213 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Dewit Dairy**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 17, 2020__          *X* /s/ Tony Dewit
                                            Signature of individual signing on behalf of debtor

                                            **Tony Dewit**
                                            Printed name

                                            **Partner**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Dewit Dairy** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amalgamated Sugar PO Box 127 Twin Falls, ID 83303** | | **Hay/Grain Vendor** | | | | $35,755.04 |
| **APEX PO Box 565 Hamburg, NY 14075** | | **Hay/Grain Vendor** | | | | $72,465.47 |
| **Cereal Byproducts Company PO Box 6700 Carol Stream, IL 60197-6700** | | **Hay/Grain Vendor** | | | | $157,383.95 |
| **Clear Lakes Products, LLC PO Box 246 Buhl, ID 83316** | | **Vendor** | | | | $220,216.24 |
| **Commodity Specialists Cmpy PO Box 802233 Kansas City, MO 64180-2233** | | **Hay/Grain Vendor** | **Disputed** | | | $47,325.33 |
| **Cooper Norman CPAs PO Box 5399 722 N College Road Twin Falls, ID 83301** | | **Accountant fees** | | | | $29,444.80 |
| **Dept. of the Treasury - IRS P.O. Box 480 Holtsville, NY 11742-0480** | | **Unpaid Payroll Taxes** | | | | $542,636.26 |
| **Gavilon Ingredients, LLC 1331 Capitol Ave Omaha, NE 68102** | | **Hay/Grain Vendor** | | | | $21,571.40 |
| **Glen Capps, Inc PO Box 448 Jerome, ID 83338** | | **Hay/Grain Vendor** | | | | $172,645.29 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Dewit Dairy**    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Intermountain Animal Health PO Box 194 Smithfield, UT 84335-0194** | | **Vendor** | | | | **$54,620.47** |
| **J & C Custom LLC 528 Washington Street Twin Falls, ID 83301** | | **Hay/Grain Vendor** | | | | **$115,864.97** |
| **JCM1, LLC 5207 E 3rd Ave Spokane, WA 99212** | | **Hay/Grain Vendor** | | | | **$45,855.15** |
| **John Johnson 3520 S 2100 E Wendell, ID 83355** | | **Hay/Grain Vendor** | | | | **$29,683.04** |
| **Performance Plus 314 S 500 E Jerome, ID 83338** | | **Hay/Grain Vendor** | | | | **$194,680.44** |
| **Progressive Dairy Service 485 S Idaho St Wendell, ID 83355** | | **Vendor** | | | | **$56,750.12** |
| **Standard Dairy Consultants PO Box 3844 Omaha, NE 68103-0844** | | **Hay/Grain Vendor** | | | | **$536,615.93** |
| **Treyes Calf Ranch 309 W 100 N JEROME, ID 83338** | | **Vendor** | | | | **$62,483.86** |
| **US Commodities, LLC PO Box 860417 Minneapolis, MN 55486-0417** | | **Hay/Grain Vendor** | | | | **$92,943.01** |
| **Wendell Tire 190 W Ave B Wendell, ID 83355** | | **Vendor** | | | | **$25,630.57** |
| **Young & Young Leasing, LLC c/o Tyler Rands 1502 Locust St. N. Ste 500B TWIN FALLS, ID 83301** | | **Cattle lease (previously terminated)** | **Unliquidated Disputed** | | | **$949,604.89** |

**Fill in this information to identify the case:**

Debtor name __**Dewit Dairy**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................. $ **10,500,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ **722,373.46**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ **11,222,373.46**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **5,801,840.56**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **542,636.26**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **3,101,842.77**

4. Total liabilities ........................................................................................................................
   Lines 2 + 3a + 3b

   $ **9,446,319.59**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **Dewit Dairy**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **KeyBank** | **Checking** | **0191** | **$31,973.46** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                     | **$31,973.46** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Debtor    **Dewit Dairy**                                             Case number *(If known)* _____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **41 Heifers located at Debtor's property; 268 Heifers located at Treyes Calf Ranch located in Jerome, ID.** | $200,000.00 | Comparable sale | $200,000.00 |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* **See attached Farm Equipment List (labeled "Schedule A/B 30A")** | $0.00 | | $490,400.00 |
| **Misc dairy equipment, supplies and inventory (may include items listed on the attached list - labeled "Schedule A/B 30B"** | Unknown | | Unknown |

**31.** **Farm and fishing supplies, chemicals, and feed**

**32.** **Other farming and fishing-related property not already listed in Part 6**

**33.** **Total of Part 6.**              | $690,400.00 |

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Dewit Dairy** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2011 Bob Barton Hwy, Wendell, ID 83355** | Fee simple | $10,500,000.00 | Comparable sale | $10,500,000.00 |

| **56.** | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$10,500,000.00** |
|---|---|---|

**57.**     **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.**     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Dewit Dairy**
Name

Case number *(If known)*

Debtor **Dewit Dairy**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,973.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $690,400.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $10,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $722,373.46 | + 91b. $10,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,222,373.46 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# SCHEDULE A/B 30A

## Equipment list 4/30/20

| | | | |
|---|---|---|---|
| 1996 Ford F350 | 1FTHF36F7TEA34409 | Welding Truck | $6,000 |
| 1991 INT'l | | Bail Feeder Truck | $23,000 |
| 1982 PeterBuilt | | Big Dump Truck | $18,000 |
| 1989 KW T400A | 1XKBDA9X9KJ525241 | Manure Truck | $24,000 |
| 2002 Freightliner | 1FVHBG9S93HK89279 | TMR Feed Truck | $35,000 |
| 1997 Ford F250 | 1FTHF26F6VEC27583 | Red Work Truck | $1,400 |
| 1998 GMC | 2GTEK19R6W1531398 | Luis' Work Truck | $1,000 |
| 1987 INT'L 1954 | 1HTLDTVN8HH494809 | Bail Feeder Truck | $21,000 |
| 1995 FORD LNT9000 | 1FDYW90V9SVA38197 | Delivery Box | $17,000 |
| 1994 KW T600A | 1XKAD69X1RS633785 | Manure Truck | $22,000 |
| 2012 Westernstar | | TMR Feed Truck | $50,000 |
| 2012 Westernstar | | TMR Feed Truck | $50,000 |
| | | | |
| JD 6400 Tractor | L06400V136561 | Rubber tire / Sprayer | DEAD |
| JD 6320 Tractor | L06320H483543 | Scrapper/Straw/Chopping | $32,000 |
| JD 5200 Tractor | LV5200E520598 | Tony's Spraying | $10,000 |
| JD 972 Flail Chopper #3 | | Green Chop | $1,000 |
| JD 6420 Tractor | LO6420H462210 | Scrapper/Straw/Chopping | $34,000 |
| JD 5325 Tractor | LV5325S430033 | Javier's Push up | $19,000 |
| JD 972 Flail Chopper #2 | | Green Chop | $1,000 |
| JD 544J Loader | DW544JH596477 | General work | $30,000 |
| JD 524K | | Feed Loader | $65,000 |
| Cat 416B Backhoe | 8ZK09452 | | $16,000 |
| JD TC44H Loader | DWTC44H571008 | General Work | $16,000 |
| Bed Master | | Straw Trailer | $14,000 |
| Bed Master | | Straw Trailer | $16,000 |

# SCHEDULE A/B 30B

Irrigation Equipment

| Description | | Make | Serial number |
|---|---|---|---|
| 10 HP MOTOR | | MARATHON | MJ213TTDR |
| CENTRIFUGAL PUMP | | CORNELL | 37858 |
| 20 HP MOTOR | | CENTURY | 254TCZ |
| CENTRIFUGAL PUMP | | BERKLEY | 7673374 |
| 100 HP MOTOR | | GE | FTJ617336 |
| PUMP | | LAYNE & BOWLER | UNKNOWN |
| 10 HP MOTOR | | BALDOR | HEM121399 |
| CENTRIFUGAL PUMP | | UNKNOWN | UNKNOWN |
| 150 HP MOTOR | | GE | GHJ721163 |
| 25 HP MOTOR | | US | 2574182 |
| PUMP | | LAYNE & BOWLER | 15076 |
| PIVOT CIRCLE MASTER | | PIERCE | #81310508052 |
| 60 FEET OF SIZE 12" STEEL MAINLINE | | | |
| 5900 FEET OF SIZE 6" TI 5900 FEET OF SIZE 6" THROUGH 8" PVC MAINLINE | | | |
| 2800 FEET OF SIZE 3" & 2800 FEET OF SIZE 3" & 6" ALUMINUM MAINLINE | | | |
| 1980 FEET IN LENGTH | SELF PROPELLED CIRCULAR SYSTEM | PIERCE | #815105080952 |
| 660 FEET IN LENGTH | SELF PROPELLED CIRCULAR SYSTEM | VALLEY | 43451 |
| 660 FEET IN LENGTH | SELF PROPELLED CIRCULAR SYSTEM | RENKIE | 787C3507 |
| | CENTER PIVOT | VALLEY | UNKNOWN |
| | FOUR 1/4 MILE SIZE 3" ALUMINUM HAND LINES | | |
| | PUMP | AURORA | 37770332 |
| | 20 HP MOTOR | US | 1022655 |
| | DEEP WELL PUMP | VERTI-LINE | NONE |
| | 20 HP ELECTRIC MOTOR | GE | TVJ616304 |
| | DEEP WELL PUMP | VERTI-LINE | SN28893 |
| | 7 tower center pivot | Renkle | obtained at a later date |
| | 8 tower center pivot | Zimmatic | obtained at a later date |
| | 2- 1/4 mile center rise handlines | | |

TOGETHER WITH ALL NOW OWNED OR HEREAFTER ACQUIRED MAINLINE AND OTHER IRRIGTION AND PUMPING
EQUIPMENT LOCATED ON THE HEREIN MORTGAGED PROPERTY, INCLUDING, BUT NOT LIMITED TO ALL
ADDITIONS, REPLACEMENTS, SUBSTITUTIONS AND ACCESSIONS THEREOF, AND ALL ACCOUNTS, GENERAL
INTANGIBLES AND PROCEEDS ARISING FROM ALL SUCH PROPERTY AND GOODS.

EXHIBIT B – Page 1

SEE ATT

**Dairy Equipment**

20 unit Bou-matic milking system with utile 10 hp vacuum pump, back flush, auto take off, meters milk pumps and all associated equipment for a low line system

20 unit Vandenberg stall system with butt pan feeders

Feed conveyor system for 12 units

4,000 gallon Dari-Kool bulk tank with Tecumsech condensing unit tank serial #30248

1,500 gallon milk keeper tank with two condensing units tank serial #52356

Plate cooler pneumatic dairykool cooling system serial #G4008297

Stainless steel wash vat.

Two 100 gallon Dayton gas hot water heaters

75 Gallon State gas water heater

Surge electric crowd gate

2-10HP Ingersoll Rand air compressors

R.J.B. tent spray system for 12 units

Four domestic well pumps of 3hp, 1hp, ½hp & ½hp

20hp Century booster serial number unreadable w/stay-rite centrifugal pump serial #2-H80F

Two Con-aire pressure tanks

Two 18-ton steel grain tanks on legs

1365 steel lock-up stanchions

6-ton Sioux grain tank on legs

1 15hp waste water disposal pump

2 above ground fuel tanks

All steel gates and panels

SEE ATT

40 unit Bou-Matic milking system

Two receivers

2 1hp milk pumps

Stainless steel wash line and milk discharge line

Regulator
Filters & all equipment assoc. with low line system

40 unit Vandenberg super fast exit stalls with butt pans

Pitt ladders

Air operated entrance

Rapid exit gates

Two 5,000 gallon Dari-Kool bulk tanks

15hp R22 belt drive condensing units

Delco-matic tank panel and washer controls

Two 120 gallon gas thermasters

400,000 BTU Parker boiler

20 HP booster pump

Mainline

Laterals

100 rainbirds

Guards for jet washer

5hp booster pump for circulating water

R.B.J. tent sprayer system with 16 drops

20 ft. Tube cooler

SEE ATT

Vandenberg crowd gate

Two 10hp Ingersoll Rand air compressors on 120 gallon tanks

All hot water heaters

Two domestic well pumps of 15hp & 7½hp

1,200 steel lock-up stanchions

All metal gates, head catches and metal panels

Together with all now owned or hereinafter acquired equipment, machinery, appliances, tools, and parts which are a part of any dairy facility, including without limitation, milking system with auto takeoffs, wash systems, temperature control systems, milking stanchions, grain tanks with feeding system, bulk tanks, crowd gates, water heaters, vacuum pumps, condensing units, compressors, refrigeration equipment, waste separators, electric motors, portable generators with diesel motor, centrifugal and turbine pumps, silos and all lock up corral stanchions. Also together with all property and goods similar to those described herein which at any time may be acquired by Mortgagors including but not limited to, all additions, replacements, substitutions and accessions thereof, all accounts, general intangibles and proceeds arising from all such property and goods.

**Fill in this information to identify the case:**

Debtor name __**Dewit Dairy**__

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Keybank National Association**<br>Creditor's Name<br><br>**4910 Tiedeman Road**<br>**Brooklyn, OH 44144**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/5/2018**<br>**Last 4 digits of account number**<br>**1002**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Inventory, Equipment, other items.**<br><br>Describe the lien<br>**UCC security interest**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$1,249,299.38** | **Unknown** |
| **2.2** | **MetLife Investment Mgmt, LLC**<br>Creditor's Name<br>**PO Box 25965**<br>**Shawnee Mission, KS 66225-5965**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**6455**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2011 Bob Barton Hwy, Wendell, ID 83355**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | | **$3,715,993.93** | **$10,500,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dewit Dairy** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Metropolitan Life Insurance** | Describe debtor's property that is subject to a lien | $836,547.25 | Unknown |
|---|---|---|---|---|

Creditor's Name

**8717 W. 110th St. Ste. 700**
**Overland Park, KS**
**66210-2127**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**8/01/2006**

Last 4 digits of account number

**8160**

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**See Exhibits to UCC Lien**

Describe the lien

**UCC security interest**

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$5,801,840.5
6

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.3_ | |
| **Sheila Schwager**<br>**c/o Hawley Troxell**<br>**877 W. Main St., 10th Floor**<br>**Boise, ID 83702** | Line _2.1_ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Dewit Dairy**__

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$542,636.26** | **$542,636.26** |
|---|---|---|---|---|

**Dept. of the Treasury - IRS**
**P.O. Box 480**
**Holtsville, NY 11742-0480**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Idaho State Tax Commission**
**P.O. Box 36**
**Boise, ID 83722-0410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Dewit Dairy**
_____
Name

Case number (if known) _____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,755.04 |
|---|---|---|---|

**Amalgamated Sugar**
PO Box 127
Twin Falls, ID 83303

Date(s) debt was incurred _

Last 4 digits of account number **7101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Hay/Grain Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,981.87 |
|---|---|---|---|

**Animal Health International**
PO Box 561305
Denver, CO 80256-1305

Date(s) debt was incurred _

Last 4 digits of account number **6061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,465.47 |
|---|---|---|---|

**APEX**
PO Box 565
Hamburg, NY 14075

Date(s) debt was incurred _

Last 4 digits of account number **DEWITWEID**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Hay/Grain Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,262.19 |
|---|---|---|---|

**Berkshire Hathaway**
PO Box 844501
Los Angeles, CA 90084-4501

Date(s) debt was incurred _

Last 4 digits of account number **8700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,453.34 |
|---|---|---|---|

**Black Cat Pellet Mill, Inc**
PO Box 522
Gooding, ID 83330

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,922.15 |
|---|---|---|---|

**Campbell Tractor Co**
2014 Franklin Blvd
Nampa, ID 83687

Date(s) debt was incurred _

Last 4 digits of account number **0269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,383.95 |
|---|---|---|---|

**Cereal Byproducts Company**
PO Box 6700
Carol Stream, IL 60197-6700

Date(s) debt was incurred _

Last 4 digits of account number **EWIT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Hay/Grain Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dewit Dairy** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,059.00 |
|---|---|---|---|

**Circle C Equipment Repair**
27 N 150 W
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,216.24 |
|---|---|---|---|

**Clear Lakes Products, LLC**
PO Box 246
Buhl, ID 83316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,571.50 |
|---|---|---|---|

**Coastline Equipment**
2000 E Overland Rd
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5387**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,325.33 |
|---|---|---|---|

**Commodity Specialists Cmpy**
PO Box 802233
Kansas City, MO 64180-2233

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Hay/Grain Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,444.80 |
|---|---|---|---|

**Cooper Norman CPAs**
PO Box 5399
722 N College Road
Twin Falls, ID 83301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accountant fees**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00 |
|---|---|---|---|

**Darling International Inc**
PO Box 554885
Detroit, MI 48255-4885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,645.45 |
|---|---|---|---|

**DHI Computing Service, Inc**
1525 W 820 N
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dewit Dairy** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,619.53 |
|---|---|---|---|

**Don's Irrigation Repair**
**294 A South 300 East**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,571.40 |
|---|---|---|---|

**Gavilon Ingredients, LLC**
**1331 Capitol Ave**
**Omaha, NE 68102**

Date(s) debt was incurred _

Last 4 digits of account number  **5083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hay/Grain Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $172,645.29 |
|---|---|---|---|

**Glen Capps, Inc**
**PO Box 448**
**Jerome, ID 83338**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hay/Grain Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,501.06 |
|---|---|---|---|

**Hatfield Manufacturing**
**1823 Shoestring Rd**
**Gooding, ID 83330**

Date(s) debt was incurred _

Last 4 digits of account number  **EW01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54,620.47 |
|---|---|---|---|

**Intermountain Animal Health**
**PO Box 194**
**Smithfield, UT 84335-0194**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,196.49 |
|---|---|---|---|

**ITC Services**
**4172 N Frontage Rd E**
**Moses Lake, WA 98837**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $115,864.97 |
|---|---|---|---|

**J & C Custom LLC**
**528 Washington Street**
**Twin Falls, ID 83301**

Date(s) debt was incurred  **1/15/2020**

Last 4 digits of account number  **0474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hay/Grain Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Dewit Dairy** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,855.15** |
| --- | --- | --- | --- |

**JCM1, LLC**
**5207 E 3rd Ave**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Hay/Grain Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,683.04** |
| --- | --- | --- | --- |

**John Johnson**
**3520 S 2100 E**
**Wendell, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Hay/Grain Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,047.89** |
| --- | --- | --- | --- |

**Key AG**
**PO Box 150**
**Murtaugh, ID 83344**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,150.50** |
| --- | --- | --- | --- |

**Liberty Mutual Insurance**
**PO Box 3229**
**New York, NY 10116-3229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Insurance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,163.53** |
| --- | --- | --- | --- |

**MWI Veterinary Supply, Inc**
**14659 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Vendor__

**Last 4 digits of account number**  __8154__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,590.89** |
| --- | --- | --- | --- |

**Penny Newman**
**PO Box 12147**
**Fresno, CA 93776-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Hay/Grain Vendor__

**Last 4 digits of account number**  __EWIT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194,680.44** |
| --- | --- | --- | --- |

**Performance Plus**
**314 S 500 E**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Hay/Grain Vendor__

**Last 4 digits of account number**  __DEWITTDA__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Dewit Dairy | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,614.81** |
|---|---|---|---|

**Progressive Bovine Supply**
122 W 465 S
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,750.12** |
|---|---|---|---|

**Progressive Dairy Service**
485 S Idaho St
Wendell, ID 83355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,695.05** |
|---|---|---|---|

**Quesnell Kohtz Vet Services**
3024 E 3500 N
Twin Falls, ID 83301

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,754.40** |
|---|---|---|---|

**Sawtooth Dairy Specialties**
3274 S 2300 E
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$536,615.93** |
|---|---|---|---|

**Standard Dairy Consultants**
PO Box 3844
Omaha, NE 68103-0844

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Hay/Grain Vendor_

**Last 4 digits of account number** _7702_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,833.30** |
|---|---|---|---|

**Standley & Co**
PO Box 14
Twin Falls, ID 83303-0014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,336.58** |
|---|---|---|---|

**Sweet's Septic**
403 S Rail St W
Shoshone, ID 83352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Dewit Dairy | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,483.86**

**Treyes Calf Ranch**
**309 W 100 N**
**JEROME, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,520.88**

**Two L Farms**
**6832 W 6000 N**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Hay/Grain Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,943.01**

**US Commodities, LLC**
**PO Box 860417**
**Minneapolis, MN 55486-0417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Hay/Grain Vendor

Last 4 digits of account number  0954

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,014.77**

**Valley COOP**
**1833 S Lincoln**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number  6718

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,219.13**

**Vanden Bosch Inc**
**PO Box 543**
**Jerome, ID 83338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,630.57**

**Wendell Tire**
**190 W Ave B**
**Wendell, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,974.41**

**Wendell Truck & Auto Parts**
**PO Box 213**
**Wendell, ID 83355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number  820

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Dewit Dairy** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,623.58 |
|---|---|---|---|

**Western Truck & Equipment**
PO Box 563
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,175.50 |
|---|---|---|---|

**Williams, Meservy, & Larsen**
153 E Main St
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $949,604.89 |
|---|---|---|---|

**Young & Young Leasing, LLC**
c/o Tyler Rands
1502 Locust St. N. Ste 500B
TWIN FALLS, ID 83301

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Cattle lease (previously terminated)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   542,636.26 |
| **5b. Total claims from Part 2** | 5b.  + | $   3,101,842.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   3,644,479.03 |

**Fill in this information to identify the case:**

Debtor name __**Dewit Dairy**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RE-16 Seller Representation Agreement - relating to property at 2011 Bob Barton Hwy, Wendell, ID 83330**<br>**Exp. 9/30/2021 at 11:59pm** | **Clay Nannini**<br>**WESTERRA REAL ESTATE GROUP**<br>**205 Shoshone St N., Ste 101**<br>**TWIN FALLS, ID 83301** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Milk Producers Membership and Marketing Agreements (3)**<br>**Perpetual** | **Magic Valley QMP, Inc.**<br>**PO Box 507**<br>**JEROME, ID 83338** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Dewit Dairy** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Julie Renee Dewit** | **2010 Bob Barton Highway Wendell, ID 83338** | **Keybank National Association** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Tony Dewit** | **2011A Bob Barton Highway Wendell, ID 83338** | **Metropolitan Life Insurance** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Tony Dewit** | **2010 Bob Barton Hwy Wendell, ID 83355** | **Keybank National Association** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Tony Dewit** | **2011A Bob Barton Highway Wendell, ID 83338** | **Young & Young Leasing, LLC** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.5 | **Tracy Jean Wilhelm** | **33 Canyonview Road Jerome, ID 83338** | **Keybank National Association** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Dewit Dairy** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Tracy Jean Wilhelm** | **33 Canyonview Road** **Jerome, ID 83338** | **Young & Young Leasing, LLC** |

☐ D _____
■ E/F ___**3.45**___
☐ G _____

| Fill in this information to identify the case: |
|---|

Debtor name   **Dewit Dairy**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,197,688.05** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$8,342,432.24** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$10,228,699.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Dewit Dairy**                                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attachment labeled SOFA-3** | | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jones Commodities, LLC vs. Dewit Dairy, et al CV24-20-00260** | | **Gooding County Courthouse 624 Main St GOODING, ID 83330** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. **CSC Gold, Inc vs. Dewit Dairy, et al CV24-20-00292** | | **Gooding County Courthouse 624 Main St GOODING, ID 83330** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor **Dewit Dairy**                                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Young and Young Leasing, LLC**<br>**vs.**<br>**Dewit Dairy, et al**<br>**CV24-20-00415** | | **Gooding County District Court**<br>**624 Main St**<br>**GOODING, ID 83330** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **J&C Custom, LLC**<br>**vs.**<br>**Dewit Dairy, et al**<br>**CV27-20-00482** | | **Jerome County District Court**<br>**233 West Main Street**<br>**JEROME, ID 83338** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Apex Agricultural Products Extension, LLC**<br>**vs.**<br>**Dewit Dairy, et al**<br>**CV24-20-00236** | | **Gooding County District Court**<br>**624 Main St**<br>**GOODING, ID 83330** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Glen Capps, Inc**<br>**vs.**<br>**Dewit Dairy, et al**<br>**CV24-20-00017** | | **Gooding County District Court**<br>**624 Main St**<br>**GOODING, ID 83330** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Dewit Dairy**                                                Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Angstman Johnson**<br>**199 N. Capitol Blvd., Ste. 200**<br>**Boise, ID 83702** | **Attorney Fees** | **9/2/2020** | **$40,000.00** |
| | **Email or website address**<br>**info@angstman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | **Dewit Dairy** | Case number *(if known)* | |
|--------|-----------------|--------------------------|--|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

&#9632;  No. Go to Part 10.
&#9633;  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

&#9632; None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

&#9632; None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

&#9632; None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---------------------------|-----------------------------------|-----------------------------|-----------------------|
| | | | |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

&#9632; None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor | **Dewit Dairy** | Case number *(if known)* |
|---|---|---|

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Cooper Norman CPAs**<br>**PO Box 5399**<br>**722 N College Road**<br>**Twin Falls, ID 83301** | **1998-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Cooper Norman CPAs**<br>**PO Box 5399**<br>**722 N College Road**<br>**Twin Falls, ID 83301** | **1998-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Dewit Dairy**                                              Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Cooper Norman CPAs**<br>**PO Box 5399**<br>**722 N College Road**<br>**Twin Falls, ID 83301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Key Bank**<br>**1665 Blue Lakes Blvd N**<br>**Twin Falls, ID 83301** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tony Dewit | 2010 Bob Barton Hwy<br>Wendell, ID 83355 | Owner, 1997-present | 73.7% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tracy & Robert Wilhelm | 33 Canyon View Rd<br>Jerome, ID 83338 | Partners; 2017-present | 26.15% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julie Dewit | 2010 Bob Barton Road<br>WENDELL, ID 83355 | Partner; 2017-present | 0.15% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,
loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                               Best Case Bankruptcy

Debtor    **Dewit Dairy**                                                                                        Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Tony Dewit**<br>**2011A Bob Barton Highway**<br>**Wendell, ID 83338** | **$29,750.00** | **Various (paid monthly)** | **Services to company (salary)** |
| | Relationship to debtor<br>**Owner** | | | |
| 30.2. | **Tracy Jean Wilhelm**<br>**33 Canyonview Road**<br>**Jerome, ID 83338** | **$21,250.00** | **Various (paid monthly)** | **Services to company (salary)** |
| | Relationship to debtor<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2020**

**/s/ Tony Dewit**                                                        **Tony Dewit**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

SOFA 3

| Vendor | Jun Date | Amount | Jul Date | Amount | Aug Date | Amount | Sept Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Angstman Johnson | 6/30/2020 | $6,265.00 | | | | | 9/2/2020 | $52,000.00 |
| Animal Health International | | | 7/22/2020 | $11,023.38 | | | | |
| B & R Bearing | | | | | 8/7/2020 | $271.67 | | |
| Berkshire Hathaway | | | 7/7/2020 | $24,786.57 | | | | |
| Black Cat Pellet Mill | 6/29/2020 | $21,011.91 | 7/17/2020 | $14,286.61 | | | | |
| Campbell Tractor | 6/30/2020 | $6,212.09 | | | 8/25/2020 | $878.87 | | |
| CenturyLink | 6/3/2020 | $332.20 | 7/7/2020 | $331.75 | 8/5/2020 | $355.63 | 9/5/2020 | $358.79 |
| Cereal Byproducts | | | | | 8/10/2020 | $10,000.00 | | |
| Coastline | | | | | 8/10/2020 | $300.15 | | |
| D & B Supply | 6/26/2020 | $221.64 | | | 8/7/2020 | $176.09 | 9/7/2020 | $101.40 |
| Darling | | | 7/20/2020 | $11,535.00 | | | | |
| Deluxe Business Forms | | | 7/1/2020 | $221.18 | | | | |
| EFTPS | | | 7/31/2020 | $469.26 | | | | |
| Fleming Dairy Products | 6/5/2020 | $50,000.00 | 7/7/2020 | $12,755.20 | 8/5/2020 | $11,297.60 | | |
| | 6/5/2020 | $5,596.35 | 7/20/2020 | $11,897.60 | 8/20/2020 | $12,080.25 | | |
| | 6/20/2020 | $27,154.50 | | | | | | |
| Gem State Welders | 6/26/2020 | $43.25 | | | 8/7/2020 | $146.02 | 9/7/2020 | $53.11 |
| Gil McDougal | 6/5/2020 | $3,560.00 | 7/7/2020 | $3,500.00 | 8/6/2020 | $3,500.00 | 9/11/2020 | $3,500.00 |
| | 6/25/2020 | $9,135.07 | 7/21/2020 | $12,532.66 | 8/20/2020 | $14,653.61 | | |
| Gooding Co Treasurer | 6/22/2020 | $23,211.15 | | | | | | |
| Hub City Building | 6/26/202 | $10.49 | | | 8/7/2020 | $121.62 | 9/7/2020 | $173.34 |
| Idaho Dept of Labor | | | 7/31/2020 | $1,408.85 | | | | |
| Idaho Power | 6/16/2020 | $17,182.50 | 7/17/2020 | $10,970.59 | | | 9/5/2020 | $8,412.10 |
| Idaho State Brand Inspector | 6/26/2020 | $88.80 | | | | | 9/5/2020 | $337.44 |
| Idaho State Tax Commission | 6/20/2020 | $606.00 | 7/20/2020 | $591.00 | 8/20/2020 | $314.00 | | |
| Idaho Udder Health Systems | 6/26/2020 | $122.50 | | | | | 9/5/2020 | $40.00 |
| Intermountain Embryonics | | | | | | | 9/7/2020 | $5,393.03 |
| Intermountain Gas | 6/3/2020 | $578.02 | 7/7/2020 | $439.38 | 8/5/2020 | $253.83 | 9/5/2020 | $213.41 |
| J & C Custom | 6/20/2020 | $20,000.00 | | | | | | |
| Jesse Johnson | 6/20/2020 | $487.50 | 7/20/2020 | $487.50 | 8/20/2020 | $487.50 | 9/18/2020 | $10,000.00 |
| John Johnson | 6/8/2020 | $14,841.52 | 7/7/2020 | $14,841.52 | 8/5/2020 | $14,841.52 | 9/5/2020 | $14,841.52 |
| | 6/20/2020 | $14,841.52 | 7/20/2020 | $14,841.52 | 8/20/2020 | $14,841.52 | 9/18/2020 | $4,841.52 |
| JT Hardware | | | | | | | 9/7/2020 | $132.65 |
| Leonard Petroleum | | | | | 8/7/2020 | $200.50 | | |
| KeyBank | 6/1/2020 | $25,055.41 | 7/1/2020 | $25,598.09 | 8/1/2020 | $24,308.96 | 9/1/2020 | $24,238.32 |
| | 6/1/2020 | $1,718.31 | 7/1/2020 | $1,815.11 | 8/1/2020 | $1,958.44 | 9/1/2020 | $1,687.50 |

| Name | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | 7/2/2020 | $376,903.09 | 8/27/2020 | $4,608.28 | 9/4/2020 | $347,308.09 |
| | | | 7/7/2020 | $189,262.79 | 8/28/2020 | $2,235.89 | | |
| Lawn's Etc | 6/26/2020 | $900.00 | | | | | 9/5/2020 | $900.00 |
| Liberty Mutual Insurace | | | | | | | 9/16/2020 | $4,294.76 |
| Links Dig 4 U | | | | | | | 9/7/2020 | $1,433.00 |
| Magic Valley Breeding | 6/5/2020 | $9,818.00 | | | | | | |
| McCord Well | 6/3/2020 | $5,273.40 | | | | | | |
| Mike Roland Hoof Trimming | | | | | 8/7/2020 | $984.00 | 9/5/2020 | $228.00 |
| Mountain West | | | | | | | 9/5/2020 | $356.66 |
| Penny Newman | | | | | 8/18/2020 | $10,000.00 | | |
| Performance Plus | 6/30/2020 | $18,453.81 | | | | | | |
| Postmaster | | | 7/20/2020 | $55.00 | | | | |
| ProFlame | | | | | | | 9/7/2020 | $325.35 |
| Progressive Dairy Service | 6/16/2020 | $7,050.00 | | | | | | |
| Regence Blue Shield | 6/5/2020 | $1,120.36 | 7/7/2020 | $2,240.72 | 8/7/2020 | $2,240.72 | | |
| | | | | | 8/7/2020 | $2,210.48 | | |
| | | | | | 8/18/2020 | $2,240.72 | | |
| Rocky Mtn Welding | | | | | 8/7/2020 | $309.52 | 9/7/2020 | $37.52 |
| Sawtooth Dairy Specialties | 6/3/2020 | $14,735.02 | | | | | | |
| Scoular | 6/3/2020 | $25,000.00 | 7/3/2020 | $20,000.00 | 8/4/2020 | $35,000.00 | | |
| | 6/25/2020 | $20,000.00 | 7/16/2020 | $35,000.00 | 8/18/2020 | $20,000.00 | | |
| Sprint | 6/26/2020 | $453.21 | | | 8/7/2020 | $453.90 | 9/5/2020 | $454.63 |
| | | | | | | | 9/5/2020 | $453.21 |
| Stotz Equipment | 6/5/2020 | $299.67 | 7/28/2020 | $1,017.75 | | | | |
| Stukenholtz Laboratory | | | | | | | 9/5/2020 | $512.82 |
| Sweet's Septic | | | 7/24/2020 | $7,149.92 | | | | |
| Treyes Calf Ranch | 6/25/2020 | $16,356.65 | 7/20/2020 | $21,453.55 | | | | |
| TruLeap | 6/26/2020 | $211.85 | | | 8/7/2020 | $426.88 | 9/7/2020 | $211.85 |
| United Oil | 6/5/2020 | $9,511.49 | 7/20/2020 | $13,563.70 | | | 9/5/2020 | $6,881.17 |
| | | | | | | | 9/7/2020 | $2,107.00 |
| US Commodities | 6/3/2020 | $6,500.00 | 7/8/2020 | $8,000.00 | 8/20/2020 | $10,000.00 | | |
| | 6/19/2020 | $6,500.00 | | | | | | |
| | 6/30/2020 | $10,000.00 | | | | | | |
| Valley COOP | | | 7/15/2020 | $1,127.50 | 8/6/2020 | $1,127.50 | | |
| Wendell Buying Station | 6/16/2020 | $127.50 | | | | | | |
| Wendell Truck & Auto | | | | | 8/25/2020 | $627.98 | | |
| Western Waste | | | | | 8/7/2020 | $293.94 | 9/7/2020 | $96.99 |
| Young & Young Leasing | | | 7/7/2020 | $79,756.28 | | | | |

# United States Bankruptcy Court
### District of Idaho

In re  **Dewit Dairy**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Julie Renee Dewit**<br>**2010 Bob Barton Highway**<br>**Wendell, ID 83338** | **Partner** | | **.15%** |
| **Tony Dewit**<br>**2011A Bob Barton Highway**<br>**Wendell, ID 83338** | **Partner** | | **73.7%** |
| **Tracy & Robert Wilhelm**<br>**33 Canyonview Road**<br>**Jerome, ID 83338** | **Partner** | | **26.15%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 17, 2020**

Signature  **/s/ Tony Dewit**

**Tony Dewit**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re    **Dewit Dairy**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 17, 2020**

**/s/ Tony Dewit**

**Tony Dewit**/**Partner**
Signer/Title

AMALGAMATED SUGAR
PO BOX 127
TWIN FALLS, ID 83303


ANIMAL HEALTH INTERNATIONAL
PO BOX 561305
DENVER, CO 80256-1305


APEX
PO BOX 565
HAMBURG, NY 14075


BERKSHIRE HATHAWAY
PO BOX 844501
LOS ANGELES, CA 90084-4501


BLACK CAT PELLET MILL, INC
PO BOX 522
GOODING, ID 83330


CAMPBELL TRACTOR CO
2014 FRANKLIN BLVD
NAMPA, ID 83687


CEREAL BYPRODUCTS COMPANY
PO BOX 6700
CAROL STREAM, IL 60197-6700


CIRCLE C EQUIPMENT REPAIR
27 N 150 W
JEROME, ID 83338


CLAY NANNINI
WESTERRA REAL ESTATE GROUP
205 SHOSHONE ST N., STE 101
TWIN FALLS, ID 83301

CLEAR LAKES PRODUCTS, LLC
PO BOX 246
BUHL, ID 83316


COASTLINE EQUIPMENT
2000 E OVERLAND RD
MERIDIAN, ID 83642


COMMODITY SPECIALISTS CMPY
PO BOX 802233
KANSAS CITY, MO 64180-2233


COOPER NORMAN CPAS
PO BOX 5399
722 N COLLEGE ROAD
TWIN FALLS, ID 83301


CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703


DARLING INTERNATIONAL INC
PO BOX 554885
DETROIT, MI 48255-4885


DEPT. OF THE TREASURY - IRS
P.O. BOX 480
HOLTSVILLE, NY 11742-0480


DHI COMPUTING SERVICE, INC
1525 W 820 N
PROVO, UT 84601


DON'S IRRIGATION REPAIR
294 A SOUTH 300 EAST
JEROME, ID 83338

GAVILON INGREDIENTS, LLC
1331 CAPITOL AVE
OMAHA, NE 68102


GLEN CAPPS, INC
PO BOX 448
JEROME, ID 83338


HATFIELD MANUFACTURING
1823 SHOESTRING RD
GOODING, ID 83330


IDAHO STATE TAX COMMISSION
P.O. BOX 36
BOISE, ID 83722-0410


INTERMOUNTAIN ANIMAL HEALTH
PO BOX 194
SMITHFIELD, UT 84335-0194


ITC SERVICES
4172 N FRONTAGE RD E
MOSES LAKE, WA 98837


J    C CUSTOM LLC
528 WASHINGTON STREET
TWIN FALLS, ID 83301


JCM1, LLC
5207 E 3RD AVE
SPOKANE, WA 99212


JOHN JOHNSON
3520 S 2100 E
WENDELL, ID 83355

JULIE RENEE DEWIT
2010 BOB BARTON HIGHWAY
WENDELL, ID 83338


KEY AG
PO BOX 150
MURTAUGH, ID 83344


KEYBANK NATIONAL ASSOCIATION
4910 TIEDEMAN ROAD
BROOKLYN, OH 44144


LIBERTY MUTUAL INSURANCE
PO BOX 3229
NEW YORK, NY 10116-3229


MAGIC VALLEY QMP, INC.
PO BOX 507
JEROME, ID 83338


METLIFE INVESTMENT MGMT, LLC
PO BOX 25965
SHAWNEE MISSION, KS 66225-5965


METROPOLITAN LIFE INSURANCE
8717 W. 110TH ST. STE. 700
OVERLAND PARK, KS 66210-2127


MWI VETERINARY SUPPLY, INC
14659 COLLECTIONS CENTER DR
CHICAGO, IL 60693


PENNY NEWMAN
PO BOX 12147
FRESNO, CA 93776-2147

PERFORMANCE PLUS
314 S 500 E
JEROME, ID 83338


PROGRESSIVE BOVINE SUPPLY
122 W 465 S
JEROME, ID 83338


PROGRESSIVE DAIRY SERVICE
485 S IDAHO ST
WENDELL, ID 83355


QUESNELL KOHTZ VET SERVICES
3024 E 3500 N
TWIN FALLS, ID 83301


SAWTOOTH DAIRY SPECIALTIES
3274 S 2300 E
JEROME, ID 83338


SHEILA SCHWAGER
C/O HAWLEY TROXELL
877 W. MAIN ST., 10TH FLOOR
BOISE, ID 83702


STANDARD DAIRY CONSULTANTS
PO BOX 3844
OMAHA, NE 68103-0844


STANDLEY   CO
PO BOX 14
TWIN FALLS, ID 83303-0014


SWEET'S SEPTIC
403 S RAIL ST W
SHOSHONE, ID 83352

```
TONY DEWIT
2011A BOB BARTON HIGHWAY
WENDELL, ID 83338


TONY DEWIT
2010 BOB BARTON HWY
WENDELL, ID 83355


TRACY JEAN WILHELM
33 CANYONVIEW ROAD
JEROME, ID 83338


TREYES CALF RANCH
309 W 100 N
JEROME, ID 83338


TWO L FARMS
6832 W 6000 N
REXBURG, ID 83440


US COMMODITIES, LLC
PO BOX 860417
MINNEAPOLIS, MN 55486-0417


VALLEY COOP
1833 S LINCOLN
JEROME, ID 83338


VANDEN BOSCH INC
PO BOX 543
JEROME, ID 83338


WENDELL TIRE
190 W AVE B
WENDELL, ID 83355
```

```
WENDELL TRUCK   AUTO PARTS
PO BOX 213
WENDELL, ID 83355


WESTERN TRUCK   EQUIPMENT
PO BOX 563
JEROME, ID 83338


WILLIAMS, MESERVY,   LARSEN
153 E MAIN ST
JEROME, ID 83338


YOUNG   YOUNG LEASING, LLC
C/O TYLER RANDS
1502 LOCUST ST. N. STE 500B
TWIN FALLS, ID 83301
```