Jason R. Naess, ISBN 8407
Assistant United States Trustee
Andrew S. Jorgensen, ISBN 8695
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY<br><br>                  Debtor. | Case No. 20-40734-JMM<br>Chapter 11 |

**NOTICE OF APPOINTMENT OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Acting United States Trustee hereby appoints the following persons to serve on the

Official Committee of Unsecured Creditors in this case pursuant to 11 U.S.C. § 1102(a).

Gavilon Grain, LLC & Gavilon Ingredients LLC
Alicia Burns, Sr. Credit Manager
1331 Capitol Ave.
Omaha, NE 68012

Standard Dairy Consultants, LLC
Vern Foster, President
PO Box 3844
Omaha, NE 68013-0844

Young & Young Leasing, LLC
Quin Young
3134 South 1900 East
Wendell, ID 83355

-1-

Date:  October 15, 2020             Gregory M. Garvin
                                    Acting United States Trustee, Region 18


                                    /s/ Andrew Jorgensen
                                    ANDREW S. JORGENSEN
                                    Trial Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2020, I caused to be filed a copy of the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Matthew Todd Christensen on behalf of Plaintiff Dewit Dairy
mtc@angstman.com, mtcecf@gmail.com;megan@angstman.com; mlanderson@angstman.com; abbie@angstman.com; ecf@angstman.com; atty_christensen@bluestylus.com; christensenmr81164@notify.bestcase.com

Patrick John Geile on behalf of Creditor MetLife Investment Management, LLC
pgeile@foleyfreeman.com, abennett@foleyfreeman.com;r59345@notify.bestcase.com

David A. Heida on behalf of Creditor CSC Gold, Inc.
dheida@whitepeterson.com, lhembree@whitepeterson.com

David A. Heida on behalf of Creditor Glen Capps, Inc.
dheida@whitepeterson.com, lhembree@whitepeterson.com

David A. Heida on behalf of Defendant CSC Gold, Inc.
dheida@whitepeterson.com, lhembree@whitepeterson.com

Andrew Seth Jorgensen on behalf of U.S. Trustee
andrew.jorgensen@usdoj.gov

Jason R. Naess on behalf of U.S. Trustee
Jason.r.naess@usdoj.gov

Chad Moody on behalf of Debtor Dewit Dairy
chad@angstman.com, megan@angstman.com; caroline@angstman.com; abbie@angstman.com; ecf@angstman.com

Sheila Rae Schwager on behalf of Creditor KeyBank National Association

sschwager@hawleytroxell.com, dsorg@hawleytroxell.com

Aaron J Tolson on behalf of Defendant Apex Agricultural Products Extension, LLC
ajt@aaronjtolsonlaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I caused to be served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as listed below.

| | |
|---|---|
| Standard Dairy Consultants, LLC<br>Vern Foster<br>PO Box 3844<br>Omaha, NE 68103-0844 | Gavilon Grain LLC &<br>Gavilon Ingredients, LLC<br>Alicia Burns<br>1331 Capitol Ave<br>Omaha, NE 68102 |
| Young & Young Leasing<br>Quin Young<br>c/o Attorney Tyler Rands<br>1502 Locust St. N. Ste 500B<br>Twin Falls, ID 83301 | |

Date: October 15, 2020

/s/ Andrew Jorgensen
ANDREW S. JORGENSEN