**Patrick J. Geile**
**Bar No. 6975**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**P.O. Box 10**
**Meridian, ID 83680**
**Phone: (208) 888-9111**
**FAX: (208) 888-5130**
*pgeile@foleyfreeman.com*

**Attorney for Creditor, MetLife Investment Management, LLC, in its capacity as the investment manager for Metropolitan Life Insurance Company**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| **In re:** | **Case No. 20-40734-JMM** |
| **DEWIT DAIRY,** | **Chapter 11** |
| Debtor. | **NOTICE OF HEARING** |

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that Creditor, Metropolitan Life Insurance Company, by its investment manager MetLife Investment Management, LLC (collectively, "MetLife"), will call for hearing its Motion to Appoint Chapter 11 Trustee, (Docket No. 86) on the **19th day of January, 2020 at the hour of 1:30 p.m.** or as soon thereafter as counsel can be heard before the Honorable Joseph M. Meier, said hearing shall be held remotely via Zoom conference.

Court shall send Zoom invitation 7 days prior to the hearing date.

DATED this 16th day of December, 2020.

FOLEY FREEMAN, PLLC

/s/ Patrick J. Geile
Patrick J. Geile
Attorney for Creditor

**NOTICE OF HEARING - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of December, 2020, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | _X_ | CM/ECF Notice |
| Matthew T. Christensen<br>Chad Moody<br>Angstman Johnson<br>199 N. Capitol Blvd, Ste 200<br>Boise, ID 83702 | _X_ | CM/ECF Notice |
| Andrew S. Jorgensen<br>Office of the U.S. Trustee<br>720 Park Blvd, Ste 220<br>Boise, ID 83712 | _X_ | CM/ECF Notice |
| David A. Heida<br>White, Peterson, Gigray & Nichols P.A.<br>5700 E. Franklin Rd Suite 200<br>Nampa, ID 83687 | _X_ | CM/ECF Notice |
| Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>PO BOX 1617<br>Boise, ID 83701-1617 | _X_ | CM/ECF Notice |
| Amber Nicole Dina<br>Givens Pursley LLP<br>601 W. Bannock Street<br>Boise, ID 83705<br>(Official Committee of Unsecured Creditors) | _X_ | CM/ECF Notice |
| David W. Gadd<br>Worst, Fitzgerald & Stover, P.L.L.C.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428 | _X_ | CM/ECF Notice |
| Kelly Greene McConnell<br>POB 2720<br>Boise, ID 83701-2720 | _X_ | CM/ECF Notice |
| James C Meservy<br>Williams, Meservy & Larsen, LLP | _X_ | CM/ECF Notice |

**NOTICE OF HEARING - 2**

POB 168
Jerome, ID 83338

Dewit Dairy                                                                       X      U.S. Mail
2011 Bob Barton Hwy
Wendell, ID 83355

                                                                                /s/ Patrick J. Geile  
                                                                               Patrick J. Geile

**NOTICE OF HEARING - 3**