# BANKRUPTCY COURT

Exhibit List - AMENDED

**SUBMITTED BY:** DeWit Dairy

| **CASE NAME**: In re DeWit Dairy | **COURT DATE:** January 19 and 22, 2021 | **CASE NUMBER**: 20-40734-JMM |
|---|---|---|
| **Debtor:** DeWit Dairy | **Creditor/Trustee:** | |
| **Debtor's Counsel**: Matthew T. Christensen | **Counsel**: | |
| **Exhibit Nos.** 100 - | **Exhibit Nos.** | |
| **PRESIDING JUDGE :** Joseph M. Meier | **Matter before the Court:** | Mtn for Ch. 11 Trustee |

| EXHIBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 100 | 10/28/20 | By Stip. | Amended Schedules |
| 101 | | By Stip. | Membership and Marketing Agreement DeWit Dairy 1 |
| 102 | | By Stip. | Membership and Marketing Agreement DeWit Dairy II |
| 103 | | By Stip. | Membership and Marketing Agreement DeWit Dairy #4 |
| 104 | | By Stip. | Construction Inspection Report Main lagoon N of Parlor |
| 105 | | By Stip. | Construction Inspection Report NW PO pond W of Parlor |
| 106 | | By Stip. | Construction Inspection Report Rectangle RO SE of Parlor |
| 107 | | By Stip. | Construction Inspection Report RO SE of Parlor on East |
| 108 | | By Stip. | Construction Inspection Report RO South West of Parlor |
| 109 | | By Stip. | Counter Offer |
| 110 | | | Side-by-Side Authorized v. Actual comparison |
| 111 | | | Accepted Offer (Cedar Ridge Dairy) |

Updated June 11, 2013