Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com
       chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY,<br><br>Debtor. | Case No. 20-40734-JMM<br><br>Chapter 11 |

**FIRST APPLICATION FOR ALLOWANCE OF
INTERIM FEES AND COSTS FOR COUNSEL**

Matthew T. Christensen of the firm Angstman Johnson applies to the court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1. Applicant is the attorney of record for DeWit Dairy, the above-named Debtor-in-Possession ("Debtor"),and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred since the commencement of this case.

2. All services for which compensation is requested by your applicant were performed for and on behalf of said Debtor, and not on behalf of any committee, creditor, or

other person. Each attorney involved in the services for which compensation is requested are specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3. Payment of the attorneys' fees and costs and the payment of these fees and costs should be made pursuant to the Contract of Employment attached to the Application to Employ Counsel as Exhibit A (Dkt. No. 4).

4. Applicant, or other members of Angstman Johnson, has rendered services to the Debtor in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5. Further, the applicant sustained, and incurred expenses and/or costs of Court described and itemized in the statement attached hereto as **Exhibit B**, in connection with applicant's function and activities as attorney for the Debtor. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6. The fees requested by this Application shall not be shared with any other party outside the applicant's law firm.

7. The Applicant currently holds approximately $27,768.00 in a client trust account with which to pay the fees requested. Assuming this Application is approved, there will remain a balance of $0.00 in the trust account. The remaining fees and costs allowed will be paid by the Debtor on an ongoing basis from funds received from selling equipment or other assets of the Debtor.  The Debtor will make payments of $5,000.00 per month until the balance of approved fees/costs are paid, or until a Plan is confirmed, whichever occurs first.

8. The rate of compensation of the attorneys was detailed in the Contract of Employment attached to the Application to Employ Counsel as Exhibit A, which application was approved by Court order on October 20, 2020 (Dkt. No. 58). In conformity with that rate (which

FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL – PAGE 2

Matter ID: 14260-002

is subject to adjustment annually), the reasonable value of the services rendered by your applicant as attorney for the Debtor in this case, including costs/expenses and disbursements incurred, since the last application for interim fees (if any) was filed is $50,077.96.

9. At the time the Debtor's bankruptcy was filed, the applicant retained the sum of $27,768.00.

10. The Debtor has reviewed this application and approved the application and amounts requested.

WHEREFORE, the applicant prays that an allowance be made in the sum of $48,036.50 for time and services rendered on the Debtor's behalf, and $2,041.46 as and for reimbursements for expenses incurred by applicant for a total of $50,077.96 as part of the costs and expenses of the representation of the Debtor in the above-named bankruptcy case.

DATED this 12th day of February, 2021.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of February, 2021, I filed the foregoing FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| Chad R. Moody | chad@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| Patrick J. Geile | pgeile@foleyfreeman.com |
| David A. Heida | david@heidalawoffice.com |

Any others as listed on the Court's ECF Notice.

                /s/ Matt Christensen
                Matthew T. Christensen

# EXHIBIT A

## SUMMARY SHEET

Fees Previously Requested:
$0.00
Fees Previously Awarded:
$0.00
Expenses Previously Requested:
$0.00
Expenses Previously Awarded:
$0.00
Retainer Paid: $27,768.00

NAME OF APPLICANT:
Matthew T. Christensen

ROLE IN CASE: Attorney for Debtor

CURRENT APPLICATION:

Fees Requested:        $ 48,036.50
Expenses Requested:  $ 2,041.46
Total Requested:       $ 50,077.96

| Name of Professional | Years in Practice | Hours Billed Current Application | Hourly Rate | Total for Application |
|---|---|---|---|---|
| Matthew T. Christensen | 16 | 26.00 | $375.00 | $9,750.00 |
| Matthew T. Christensen | 16 | 46.10 | $350.00 | $16,135.00 |
| Chad R. Moody | 5 | 19.30 | $250.00 | $4,825.00 |
| Chad R. Moody | 5 | 64.40 | $215.00 | $13,846.00 |
| Melanie Anderson | Paralegal | 8.90 | $150.00 | $1,335.00 |
| Melanie Anderson | Paralegal | 13.80 | $130.00 | $1,794.00 |
| Megan Richmond | Paralegal | 0.60 | $95.00 | $57.00 |
| Abigail Stephens | Paralegal | 3.10 | $95.00 | $294.50 |

Total Fees:   $ 48,036.50
Total Costs:  $ 2,041.46
TOTAL:        $ 50,077.96

Matter ID: 14260-002

# ANGSTMAN JOHNSON

| DATE | PROF | MATTER ID/ DESCRIPTION NARRATIVE | UNITS | RATE | EXACT AMOUNT |
|---|---|---|---|---|---|
| **CASE ADMINISTRATION** | | | | | |
| 9/18/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Finalize and file petition/schedules (1); finalize and file App to Employ Angstman Johnson (.5); finalize and file cash collateral motion (2). | 3.50 | $350.00 | $1,225.00 |
| 9/18/2020 | MR | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Update schedules with account numbers. | 0.20 | $95.00 | $19.00 |
| 9/21/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Patt from bankruptcy court in Pocatello regarding bankruptcy filing. | 0.10 | $215.00 | $21.50 |
| 9/21/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up with staff on initial reporting deliverables. | 0.20 | $215.00 | $43.00 |
| 9/22/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft email to client providing instruction regarding DIP account. | 0.30 | $215.00 | $64.50 |
| 9/23/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Begin working on initial reporting, client document reivew, and drafting detailed email to client regarding guidelines and other requirements. | 0.70 | $215.00 | $150.50 |
| 9/24/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Conference call with MetLife's attorney regarding case and cash collateral. | 0.50 | $215.00 | $107.50 |
| 9/25/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Sheila regarding sale of livestock at Calf Ranch. | 0.10 | $215.00 | $21.50 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Kim Williams, counsel for Tony and Tracey individually regarding individual representation and questions about the automatic stay. | 0.20 | $215.00 | $43.00 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to email from UST's office regarding IFR scheduling, including related discussion with client. | 0.20 | $215.00 | $43.00 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to email from MetLife's counsel regarding site visit scheduling. | 0.10 | $215.00 | $21.50 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on outstanding initial reporting requirements, including receipt and reivew of DIP account related issues and telephone callas and email to client's insurance broker. | 0.50 | $215.00 | $107.50 |
| 9/29/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Discuss various issues with CRM. | 0.50 | $350.00 | $175.00 |
| 9/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Kim Williams about state litigation issues. | 0.30 | $215.00 | $64.50 |
| 9/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyze and revise Initial Reporting requirements and cover letter for client reivew and signature. | 0.30 | $215.00 | $64.50 |
| 10/5/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Young & Young attorney regarding staying the state court case, including reviewing following up email and related conference with Matt Christensen (.3); receipt and analyze proposed voluntary stay terms provided by opposing counsel and revise proposed draft stipulation to to stay proceedings (.6). | 0.90 | $215.00 | $193.50 |
| 10/8/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Emails with Patrick Geile re: updates. | 0.20 | $350.00 | $70.00 |
| 10/13/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Conference call with Matt Christensen regarding IDI issues, including discussion with client regarding the same. | 0.20 | $215.00 | $43.00 |
| 10/14/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Initial debtor's interview, including related preparation and client follow up after meeting. | 1.80 | $215.00 | $387.00 |
| 10/15/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on pre-341 deliverables and related issues. | 0.30 | $215.00 | $64.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on reporting requirements for client and related timelines, including to receipt and response to communications (.4); receipt and review new pleading concerning new creditors committee (.1). | 0.50 | $215.00 | $107.50 |
| 10/16/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to client regarding MOR meeting (.1); preparation for 341, including telephone call with client (.7); attend 341 initial hearing (.4); draft email to client for 341 (.2). | 1.40 | $215.00 | $301.00 |
| 10/16/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Attend continued 341 meeting. | 2.20 | $215.00 | $473.00 |
| 10/19/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft email to Tracy regarding MOR in preparation for conference call. | 0.10 | $215.00 | $21.50 |
| 10/19/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Tony DeWit regarding schedule amendments. | 0.30 | $215.00 | $64.50 |
| 10/19/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Conference call with client and Matt Christensen regarding 341 follow up, cash collateral hearing, and MOR preparation. | 1.50 | $215.00 | $322.50 |
| 10/21/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to client regarding operating report. | 0.30 | $215.00 | $64.50 |
| 10/22/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review and revise draft first operating report and supporting documents, including detailed communications with client. | 2.70 | $215.00 | $580.50 |
| 10/23/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Tracy regarding revising and finalizing the operating report (.9), including drafting email to KeyBank MetLife, and UST with weekly bank report (.1). | 1.00 | $215.00 | $215.00 |
| 10/23/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with David Gadd regarding status of case and related developments. | 0.30 | $215.00 | $64.50 |
| 10/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of email from UST office regarding insurance question and follow up with client (.1); telephone call with Andrew Jorgensen regarding deliverable and continued 341 meeting (.2); follow up on 341 deliverables for finalizing amendments with Megan Richmond (.2). | 0.50 | $215.00 | $107.50 |
| 10/28/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Tcw client re: updating schedules (.2); update schedules and send to client for review/signature (.7). | 0.90 | $350.00 | $315.00 |
| 10/28/2020 | MR | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft Order Approving Employment of Marketing Professional | 0.20 | $95.00 | $19.00 |
| 10/29/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Finalize and file Amended Schedules and email UST re: same. | 0.30 | $350.00 | $105.00 |
| 10/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Attend continued 341 meeting of creditors. | 0.30 | $215.00 | $64.50 |
| 10/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and produce weekly report to counsel and UST. | 0.20 | $215.00 | $43.00 |
| 11/4/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to email from KeyBank's counsel regarding weekly banking activity reports and follow up with client regarding the same. | 0.20 | $215.00 | $43.00 |
| 11/4/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of email from client regarding proceeds check and follow up with Matt Christensen regarding the same (.2); draft email to client regarding weekly banking reports (.1). | 0.30 | $215.00 | $64.50 |
| 11/5/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review client weekly report and follow up with staff regarding outstanding questions. | 0.20 | $215.00 | $43.00 |
| 11/10/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft email to client regarding requested information about expenses. | 0.20 | $215.00 | $43.00 |
| 11/11/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>TCW client re: various issues | 0.20 | $350.00 | $70.00 |
| 11/11/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on deliverables for KeyBank, including related communications to marketing professionals and Matt Christensen. | 0.30 | $215.00 | $64.50 |
| 11/16/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review weekly report and provided check information, draft email to creditors and UST regarding the same. | 0.30 | $215.00 | $64.50 |

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up with client and marketing professional regarding deliverable per cash collateral order and KeyBank's requests, including reviewing and responding to follow up communications (.3); draft response email to key bank. | 0.50 | $215.00 | $107.50 |
| 11/19/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Call with staff regarding MOR draft; review weekly bank report and draft email to creditors and UST. | 0.30 | $215.00 | $64.50 |
| 11/24/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call and message to Jerad Crawford regarding deliverable. | 0.10 | $215.00 | $21.50 |
| 11/25/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyze client's MOR draft and prepare for client call (.8); telephone call with client regarding same (.2); finalized revised mor for filing (.2). | 1.20 | $215.00 | $258.00 |
| 11/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to emails from KeyBank's counsel and Dewit individuals' counsel regarding modification document. | 0.20 | $215.00 | $43.00 |
| 11/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to emails from client regarding creditor's committee and UST fees. | 0.30 | $215.00 | $64.50 |
| 12/1/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Tcw Tony DeWit before and after re: Rule 2004 exam (.7); participate in exam (2.8) | 3.50 | $350.00 | $1,225.00 |
| 12/4/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of weekly bank reports and draft email to creditors and UST regarding the same. | 0.20 | $215.00 | $43.00 |
| 12/8/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Tcw client (.2) and Alex Caval (.2) re: sale and state court litigation. | 0.40 | $350.00 | $140.00 |
| 12/14/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on MetLife questions as to rent checks and draft email to Patrick Geile regarding the same (.2); receipt and respond to email from client regarding rent checks (.1); draft email to Matt Christensen regarding the same (.1). | 0.40 | $215.00 | $86.00 |
| 12/15/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Research outstanding claims for balance of creditors to be paid (.4); telephone call with client re: various issues (.5). | 0.90 | $350.00 | $315.00 |
| 12/15/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft email to creditors regarding bank statement. | 0.10 | $215.00 | $21.50 |
| 12/15/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft email to Creditor's Committee counsel regarding IRR. | 0.20 | $215.00 | $43.00 |
| 12/16/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and response to email from client regarding DIP account. | 0.20 | $215.00 | $43.00 |
| 12/17/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyze draft monthly reporting. | 0.30 | $215.00 | $64.50 |
| 12/17/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt, review, and deliver weekly banking activity report. | 0.20 | $215.00 | $43.00 |
| 12/18/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Tcw client re: various topics. | 0.50 | $350.00 | $175.00 |
| 12/22/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyze and follow up on monthly report (.5); telephone call with client regarding monthly report and asset sale (.4). | 0.90 | $215.00 | $193.50 |
| 12/24/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt, review, and transmit client weekly banking report. | 0.20 | $215.00 | $43.00 |
| 12/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and review email from UST and draft email to client regarding the same. | 0.30 | $215.00 | $64.50 |
| 12/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and evaluate client feedback regarding UST requests and inquiries. | 0.30 | $215.00 | $64.50 |
| 1/4/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of client email regarding budget and follow up with Matt Christensen; draft response email to the client. | 0.20 | $250.00 | $50.00 |
| 1/4/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft email regarding weekly banking report. | 0.20 | $250.00 | $50.00 |
| 1/5/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Amber Dina re: various issues. | 0.30 | $375.00 | $112.50 |
| 1/7/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with client (.6); telephone call with Amber Dina (.3). | 0.90 | $375.00 | $337.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/7/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Analyze client spreadsheet analysis re: UST budget questions and clean up activities, including drafting email to Matt Christensen. | 0.60 | $250.00 | $150.00 |
| 1/8/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Analyze client reports and documents for response to UST inquires, including conference with Matt Christensen regarding client budget and deliverables and related communications to client. | 1.20 | $250.00 | $300.00 |
| 1/11/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Discuss document requests and Mtn to Appoint Ch 11 Trustee with CRM (.3); various emails to counsel re: purchase offer and use of funds (.2). | 0.50 | $375.00 | $187.50 |
| 1/11/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Strategy conference with Matt Christensen regarding upcoming hearing (.3); telephone call with Tony Dewit regarding budget actual comparison (.5); receipt, analyze, and respond email from Key Bank's counsel regarding various budget questions and drafting follow up email to client regarding the same (.4). | 1.20 | $250.00 | $300.00 |
| 1/12/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Receipt, analyze, and finalize client' budget comparison report per creditor inquiries and court order and transmit to interested parties; review and respond emails from Key Bank Counsel regarding questions about reports. | 1.10 | $250.00 | $275.00 |
| 1/13/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Analyze client provided documents and responses to Key Bank inquiries regarding banking activity and draft responsive email to Key Bank's counsel. | 0.80 | $250.00 | $200.00 |
| 1/13/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Strategize various issues with CRM | 0.30 | $375.00 | $112.50 |
| 1/14/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Telephone call with clients (.8); prepare question list for upcoming hearing (.6); review docs and send to other counsel in prep for hearing (.7). | 2.10 | $375.00 | $787.50 |
| 1/15/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Review responses to Ch. 11 Trustee motion (.5); tcw Amber Dina re: same (.2); emails with SSchwager re: same (.2); tcw PGeile re: same (.3); tcw client re: same (.5); email MR re exhibits for hearing (.2). | 1.90 | $375.00 | $712.50 |
| 1/19/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Telephone call with Evan Roth regarding proposed meeting between debtor and potential buyers' counsel. | 0.20 | $250.00 | $50.00 |
| 1/19/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Prepare for Ch. 11 Trustee hearing, including reviewing all exhibits (2.2); Tcw client before/after hearing (.4); attend hearing (4.3) | 6.90 | $375.00 | $2,587.50 |
| 1/19/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Send weekly banking report to creditor's counsel. | 0.10 | $250.00 | $25.00 |
| 1/20/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Work on revised side by side comparison report. | 0.30 | $250.00 | $75.00 |
| 1/20/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Receipt and review monthly report drafts and draft email to Tracy Wilhelm regarding the same. | 0.20 | $250.00 | $50.00 |
| 1/20/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Discuss various hearing issues with CRM; emails with Clay Nannini re: offers. | 0.50 | $375.00 | $187.50 |
| 1/21/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Work on revised exhibits for motion to appoint trustee, including related communications with Tracy Wilhelm. | 0.80 | $250.00 | $200.00 |
| 1/21/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Review and finalize monthly report from client, including relate telephone call and email communications with client (1.5); prepare for the upcoming continued hearing (1.0). | 1.50 | $250.00 | $375.00 |
| 1/21/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Work on side-by-side budget comparison for 1/22 hearing (1). | 1.00 | $375.00 | $375.00 |
| 1/21/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Research professional fees for monthly report and related telephone call with Tony DeWIt regarding the same; revise report per that call and draft confirming email to client. | 0.40 | $250.00 | $100.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/22/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Pre- and post-hearing phone calls with client (.6) and attend hearing on Ch. 11 Trustee. | 2.10 | $375.00 | $787.50 |
| 1/25/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with client and Mark Brady re: taxes and sale. | 0.40 | $375.00 | $150.00 |
| 1/26/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of information from client and follow up on reporting with Matt Christensen. | 0.10 | $250.00 | $25.00 |
| 1/26/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Transmit the weekly report form debtor to creditors and UST. | 0.10 | $250.00 | $25.00 |
| 1/29/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Weekly bank report emails, including follow up with client regarding the same. | 0.20 | $250.00 | $50.00 |
| | | **Total:** | **62.80** | | **$17,951.50** |

**ASSET ANALYSIS AND RECOVERY**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/25/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Investigate potential proceeds held by Magic Valley COOP, including related emails with client and telephone calls to the Coop. | 0.30 | $215.00 | $64.50 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of message from and telephone call to Tim Stover, counsel for Magic Valley Quality Milk Coop regarding held funds and milk contract assignments. | 0.20 | $215.00 | $43.00 |
| 9/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Tim Stover regarding milk proceeds question (.2); analyze provided document and draft follow up email to Tim Stover (.2). | 0.40 | $215.00 | $86.00 |
| 9/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to emails from Tim Stover regarding Magic Valley Coop funds, including reviewing provided documents. | 0.30 | $215.00 | $64.50 |
| | | **Total:** | **1.20** | | **$258.00** |

**ASSET DISPOSITION**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Investigate milk assignment, message to MetLife counsel, and related research and consultation with matt Christensen. | 1.10 | $215.00 | $236.50 |
| 9/25/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of message from Evan Roth concerning possible buyer for DeWit Dairy and related telephone call and message to Mr. Roth; . | 0.20 | $215.00 | $43.00 |
| 9/28/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review dairy property with client. | 0.30 | $350.00 | $105.00 |
| 9/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft follow up email to Brian WIlliams regarding Treyes Calf Ranch payoff (.1); receipt and respond to email from KeyBank's counsel regarding Calf Ranch lien and and livestock sale, including related communications with client (.2); follow up call to Brian Williams regarding lien payoff (.1). | 0.40 | $215.00 | $86.00 |
| 9/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Lee (the buyer) about calf ranch livestock purchase (.2); receipt and review email and invoice from Treyes Calf Ranch, including telephone call with Brian Williams concerning invoice and sale of livestock (.2); draft and respond to emails with KeyBank's counsel and client regarding the same (.4). | 0.80 | $215.00 | $172.00 |
| 9/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to email from client regarding livestock sale issues, including responding and following up on additional communications with KeyBank and client concerning the sale. | 0.20 | $215.00 | $43.00 |
| 9/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Numerous telephone calls and emails with Livestock buyer, counsel for feedlot, client, and KeyBank counsel an in coordinating livestock sale, negotiating payoff, potential sale price issues, and lien release. | 2.30 | $215.00 | $494.50 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to email from buyer about wire instructions and invoice for Treyes feed lien, including draft email regarding the same to Treyes' attorney (.3); telephone call with Treyes' attorney and draft email to client regarding the sale (.3); receipt and respond to multiple client communication, including telephone call concerning status of sale and livestock issues (.3); receipt of email and telephone calls from opposing counsel about finalizing sale and confirming payment of lien (.2). | 1.10 | $215.00 | $236.50 |
| 10/5/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft emails to client and Treyas' counsel regarding Friday's sale, including receipt of and follow up on responses and drafting email to KeyBank's counsel concerning the same. | 0.40 | $215.00 | $86.00 |
| 10/21/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Work on motion to sell equipment. | 0.60 | $215.00 | $129.00 |
| 10/22/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Continue preparing motion to sell equipment, including related research and review of stipulation between KeyBank and Debtor. | 1.20 | $215.00 | $258.00 |
| 10/22/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Finalize and file Motion to Sell Equipment. | 1.30 | $350.00 | $455.00 |
| 10/26/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Reciept and respond to client email regarding equipment sale. | 0.20 | $215.00 | $43.00 |
| 10/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with client regarding developments with new interested buyer regarding COOP and related conference with Matt Christensen. | 0.20 | $215.00 | $43.00 |
| 10/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of message from equipment buyer and telephone call with same. | 0.30 | $215.00 | $64.50 |
| 11/9/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Tcw Evan Roth re: potential buyer. | 0.30 | $350.00 | $105.00 |
| 11/19/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Investigate equipment sale motion and related issues and conference with Melanie Anderson regarding preparation of Order and report of sale. | 0.30 | $215.00 | $64.50 |
| 11/20/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with marketing professional regarding potential buyer. | 0.50 | $215.00 | $107.50 |
| 12/1/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on issues related to property sale and setting up meeting with marketing professional. | 0.10 | $215.00 | $21.50 |
| 12/3/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Conference call with marketing professional regarding status of property sale. | 0.60 | $215.00 | $129.00 |
| 12/21/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Evan Roth re: potential sale of property. | 0.50 | $350.00 | $175.00 |
| 12/23/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Meeting Matt Christensen regarding property sale developments and other reporting issues. | 0.20 | $215.00 | $43.00 |
| 12/23/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Tcw Tony Dewit and Clay Nannini re: sale potentials. | 0.50 | $350.00 | $175.00 |
| 1/19/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to email from client regarding information for reports of sale, including follow up on report of sale preparation. | 0.20 | $250.00 | $50.00 |
| 1/20/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Prepared report of Sale and sent correspondence to client regarding verification documents and clarifying the description of the International mixer truck | 1.00 | $150.00 | $150.00 |
| 1/20/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Work on equipment sale issues. | 0.20 | $250.00 | $50.00 |
| 1/21/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with client, Clay Nannini and Evan Roth re: sale procedures and potential offers. | 1.50 | $375.00 | $562.50 |
| 1/22/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Multiple phone calls and emails with client re: sale. | 3.00 | $375.00 | $1,125.00 |
| 1/22/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Reviewed schedules and documents reflecting equipment debtor sold | 0.70 | $150.00 | $105.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/26/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Reviewed email correspondence between trustee and our firm and sent follow up communication to client regarding finalizing the report of sale | 0.20 | $150.00 | $30.00 |
| 1/28/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK TCW Evan Roth re: coordinating MVQMP meeting with auction and other issues (.5); emails with client re: sale motion (.3). | 0.80 | $375.00 | $300.00 |
| 1/29/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Revised Report of Sale | 0.60 | $150.00 | $90.00 |
| 1/29/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Telephone call with client and Realtor re: sale motion and sale negotiations (.5); tcw Mark Brady re: tax estimate (.3); tcw client re: creditor list (.2); work on creditor list for sale motion (1.3). | 2.30 | $375.00 | $862.50 |
| 1/30/2021 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Prepare draft Mtn to Approve Sale and Notice of Sale (1.2); review and redline proposed Stip Re Ch 11 Trustee (.3). | 1.50 | $375.00 | $562.50 |
| | | **Total:** | **25.60** | | **$7,203.00** |

**RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Review Stip for Stay Relief from S. Schwager and authorize /s/ signature. | 0.30 | $350.00 | $105.00 |
| 9/24/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Conference call with KeyBank and counsel, Tony DeWit, and Matt Christensen concerning cash collateral and related budget issues. | 1.20 | $215.00 | $258.00 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Conference with Matt Christensen regarding stay relief and motion to sell. | 0.10 | $215.00 | $21.50 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Prepare for stay relief hearing and proposed sale of livestock at calf ranch, including multiple telephone calls and emails with KeyBank's counsel, potential livestock buyer, and client all related to stay relief hearing, terms of proposed sale, payments of feed invoice, potential issue over form of payment (1.8); attend stay relief hearing (.4); post-hearing follow up calls and email with client regarding deliverables (.5); analyze, revise and finalize proposed order re: stay relief, including related telephone call with counsel for KeyBank (.3). | 3.00 | $215.00 | $645.00 |
| 9/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Telephone call to Treyes Calf Ranch's counsel, Williams, Meservy & Larsen, LLP, Brian Williams, regarding final invoice; draft follow emails concerning the same to Mr. Williams and the client. | 0.80 | $215.00 | $172.00 |
| 11/2/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Analyze response deadlines related to KeyBank motion for stay relief, pending order regarding cash collateral, and related follow up regarding strategy with Matt Christensen concerning the same. | 0.30 | $215.00 | $64.50 |
| | | **Total:** | **5.70** | | **$1,266.00** |

**MEETINGS OF AND COMMUNICATIONS WITH CREDITORS**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Attend continued 341 meeting. | 2.00 | $350.00 | $700.00 |
| 10/29/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Telephone call with Andrew Jorgensen re: 341 meeting (.1); participate in continued 341 meeting (.5). | 0.60 | $350.00 | $210.00 |
| | | **Total:** | **2.60** | | **$910.00** |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/21/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Follow up on finalizing motion to employ broker (Clay Nannini). | 0.20 | $215.00 | $43.00 |
| 9/21/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Email correspondence to client following up on Application to employ Nannini | 0.20 | $130.00 | $26.00 |
| 9/22/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Finalize application to employ broker. | 0.20 | $215.00 | $43.00 |
| 9/23/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Draft email to Mark Brady regarding possible employment. | 0.20 | $215.00 | $43.00 |
| 10/13/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Receipt and respond to email from Mark Brady regarding employment. | 0.20 | $215.00 | $43.00 |
| 10/19/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Drafted Statement of No Objection and proposed Order | 0.50 | $130.00 | $65.00 |

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on status of motion to employ marketing professional, review and revise proposed order. | 0.30 | $215.00 | $64.50 |
| 11/2/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft email to marketing professional regarding approval of employment. | 0.10 | $215.00 | $21.50 |
| 12/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review new order from court regarding counsel application for creditor committee. | 0.10 | $215.00 | $21.50 |
| 1/5/2021 | AS | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft First Fee App docs. | 1.30 | $95.00 | $123.50 |
| 1/20/2021 | AS | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Draft and prepare Exhibit B to fee application (1.5); update pleading and other exhibits for attorney review (.3). | 1.80 | $95.00 | $171.00 |
| 1/25/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Work on employment application and related issues for the employment of Mark Brady as accountant. | 0.40 | $250.00 | $100.00 |
| 1/25/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Prepared draft Application for Employment and Verified Statement of Accountant for Mark Brady, contacted Mark Brady's office to follow up on information we need to complete the Application | 2.00 | $150.00 | $300.00 |
| 1/26/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review and revise draft application to employ Mark Brady and follow up on related issues. | 0.30 | $250.00 | $75.00 |
| 1/26/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Reviewed communication from attorney and sent email communication to accountant regarding the status of the fee application | 0.20 | $150.00 | $30.00 |
| 1/27/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on application to employ Mark Brady and finalize for filing. | 0.20 | $250.00 | $50.00 |
| 1/28/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Mark Brady regarding employment. | 0.20 | $250.00 | $50.00 |
| | | **Total:** | **8.40** | | **$1,270.00** |

### OTHER CONTESTED MATTERS
#### Case No. 20-40734-JMM In re: DeWit Dairy - Chapter 11 Bankruptcy

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/18/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Finalized all of the Notices of Bankruptcy Filings to be filed in the state court proceedings | 0.40 | $130.00 | $52.00 |
| 9/21/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Reviewed cases cited in the Memo in Support of Memo for TRO and checked for any negative treatment, and revised the Memo, Motion, Complaint and Affidavits | 2.00 | $130.00 | $260.00 |
| 9/29/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Prepared Complaint for Injunctive Relief | 0.50 | $130.00 | $65.00 |
| 9/29/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyze judgments entered in Apex matter, strategy conference with Matt Christensen and telephone call with Debbie Hamilton from Brian Smith's office about default judgment and setting up call with Mr. Smith. | 0.30 | $215.00 | $64.50 |
| 9/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review and revise Affidavit for Tony supporting PI/TRO. | 0.30 | $215.00 | $64.50 |
| 10/1/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyze issues related to Young & Young litigation and J&C litigation, including related follow up with David Gadd and Tyler Rand concerning voluntary stay of litigation. | 0.40 | $215.00 | $86.00 |
| 10/13/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Prepare for and attend hearing on TROs in separate adversary proceedings, includes time for phone calls with client before/after hearing. | 1.50 | $350.00 | $525.00 |
| 10/23/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Prepared Notice of Name and Address Change | 0.20 | $130.00 | $26.00 |
| 11/9/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and respond to message from Kim Williams regarding affidavit and upcoming hearings on TRO/PI. | 0.10 | $215.00 | $21.50 |
| 11/19/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyzed Motion for 2004 Exam and documents Metlife is requesting Tony DeWit produce.  Sent email correspondence asking for clarification | 0.40 | $130.00 | $52.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Drafted proposed Order for Sale of Equpiment | 2.90 | $130.00 | $377.00 |
| 11/20/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Drafted Report of Sale Template for future sales of equipment | 0.80 | $130.00 | $104.00 |
| 11/30/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt and review new litigation documents filed by CSC Gold. | 0.10 | $215.00 | $21.50 |
| 12/1/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Email communication regarding realtor | 0.20 | $130.00 | $26.00 |
| 12/7/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Finalized Order Approving Sale of Equipment; sent email correspondence to the court enclosing proposed order | 0.40 | $130.00 | $52.00 |
| 12/8/2020 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Reviewed email correspondence from court reporter and drafted correspondence to client enclosing transcript and change sheet | 0.60 | $130.00 | $78.00 |
| 12/15/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review new pleading filed by MetLife requesting appointment of trustee. | 0.20 | $215.00 | $43.00 |
| 12/16/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Communications with Matt Christensen regarding developments in case concerning Metlife motion to appoint trustee. | 0.20 | $215.00 | $43.00 |
| 1/11/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Begin working on objection to motion to appointment trustee. | 0.30 | $250.00 | $75.00 |
| 1/12/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Detailed analysis of MetLife's motion, court filings, and 2004 Examination and continue drafting and revising objection to motion to appointment trustee, including strategy conference with Matt Christensen. | 6.90 | $250.00 | $1,725.00 |
| 1/13/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review new pleadings and order filed in relation to MetLife's motion to appointment trustee. | 0.40 | $250.00 | $100.00 |
| 1/15/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Compiled exhibits, drafted exhibit list, and delivered exhibits per court order from the court | 2.00 | $150.00 | $300.00 |
| 1/19/2021 | MA | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Reviewed evidence and prepared initial responses to Creditor Committee's discovery request | 2.20 | $150.00 | $330.00 |
| 1/19/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Receipt of email from KeyBank's counsel and investigate client reports and court orders for purposes of rebuttal evidence for hearing. | 0.30 | $250.00 | $75.00 |
| 1/20/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Follow up on discovery responses from client. | 0.20 | $250.00 | $50.00 |

**Case No. CV24-20-00415 In re: Young & Young Leasing, LLC v. DeWit Dairy, et al**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/29/2020 | CRM | 14260-003 - Dewit Dairy v. Young&Young<br>Draft email to Young & Young counsel regarding voluntary stay of state litigation. | 0.10 | $215.00 | $21.50 |
| 10/6/2020 | MA | 14260-003 - Dewit Dairy v. Young&Young<br>Drafted Joint Motion Re Stay | 1.20 | $130.00 | $156.00 |

**Adv. Case No. 20-08061-JMM In re: DeWit Dairy v. CSC Gold**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/21/2020 | MTC | 14260-004 - Adv. Case No. 20-08061-JMM | Dewit Dairy v. CSC Gold<br>Prepare Affidavit of Tony DeWit (1.3); review and finalize all docs (1); prepare cover sheet and summons and file all docs (.5). | 2.80 | $350.00 | $980.00 |
| 9/21/2020 | CRM | 14260-004 - Adv. Case No. 20-08061-JMM | Dewit Dairy v. CSC Gold<br>Draft adversary pleadings regarding CSC Gold: complaint, motion, memorandum, affidavits, proposed order, and required notices, including all related communications. | 4.60 | $215.00 | $989.00 |
| 9/22/2020 | MA | 14260-004 - Adv. Case No. 20-08061-JMM | Dewit Dairy v. CSC Gold<br>Contacted the clerk (via phone and email) regarding the hearing set on 9/22, drafted a Notice of Temporary Restraining Order, | 0.70 | $130.00 | $91.00 |
| 9/22/2020 | CRM | 14260-004 - Adv. Case No. 20-08061-JMM | Dewit Dairy v. CSC Gold<br>Review and revise notice for filing in CSC case regarding TRO; draft email to state court clerk regarding notice and status of hearings; draft email to opposing counsel regarding TRO and stipulation; draft emails to other opposing counsel concerning state litigations. | 1.10 | $215.00 | $236.50 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/4/2020 | MTC | 14260-004 - Adv. Case No. 20-08061-JMM \| Dewit Dairy v. CSC Gold<br>Tcw client re: depo prep. | 0.40 | $350.00 | $140.00 |
| 11/4/2020 | MTC | 14260-004 - Adv. Case No. 20-08061-JMM \| Dewit Dairy v. CSC Gold<br>Prepare for and attend deposition; tcw client afterward (.2). | 2.50 | $350.00 | $875.00 |
| 11/9/2020 | MTC | 14260-004 - Adv. Case No. 20-08061-JMM \| Dewit Dairy v. CSC Gold<br>Tcw client to discuss 11/10 testimony. | 0.50 | $350.00 | $175.00 |
| 11/10/2020 | MTC | 14260-004 - Adv. Case No. 20-08061-JMM \| Dewit Dairy v. CSC Gold<br>Prepare for, attend, and meet with clients after hearing on Preliminary Injunction. | 3.20 | $350.00 | $1,120.00 |
| 1/5/2021 | MR | 14260-004 - Adv. Case No. 20-08061-JMM \| Dewit Dairy v. CSC Gold<br>Draft Stipulation to Dismiss and Order to Dismiss. | 0.20 | $95.00 | $19.00 |

**Adv. Case No. 20-08063-JMM In re: DeWit Dairy v. Apex Agricultural Extension Products, LLC**

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/29/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Receipt and review default order from Apex, related telephone calls with Tony Dewit, Kim Williams, Apex's counsel's office, and begin preparing adversary pleadings to obtain PI/TRO. | 2.60 | $215.00 | $559.00 |
| 9/29/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Strategy conference with Matt Christensen regarding Apex litigation, including drafting objection pleading and related communications with client, Apex counsel's office, and Kim Williams regarding the same. | 2.50 | $215.00 | $537.50 |
| 9/30/2020 | MA | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Prepared Motion to Set Aside and supporting Memo, updated Motion for TRO and supporting documents based on the entry of the default judgment | 1.00 | $130.00 | $130.00 |
| 9/30/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Telephone call with Bryan Smith regarding Apex litigation, including related telephone call with client and Kim Williams regarding the same and strategy discussion with Matt Christensen. | 1.40 | $215.00 | $301.00 |
| 10/1/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Conference with Matt Christensen regarding partnership liability and preliminary injunction strategies (.4); revise and finalize adv. proceeding pleadings against Apex (2.8); assist staff in finalizing adversary pleadings including obtaining client affidavit for filing (.3). | 3.50 | $215.00 | $752.50 |
| 10/1/2020 | MTC | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Research re: partner liability for partnership debts (.6); research re: joint and several liability and stay issues (.5). | 1.10 | $350.00 | $385.00 |
| 10/5/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Follow up on status of TRO; review TRO issued by court and send to Kim Williams. | 0.20 | $215.00 | $43.00 |
| 10/5/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Follow up on TRO notice to state court, including developing strategies related thereto. | 0.30 | $215.00 | $64.50 |
| 10/5/2020 | MA | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Prepared Joint Motion to Stay | 0.80 | $130.00 | $104.00 |
| 10/13/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Conference with Matt Christensen regarding TRO/PI issues, including telephone call with client regarding the same. | 0.30 | $215.00 | $64.50 |
| 11/10/2020 | MA | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Revised and finalized Affidavit in Support of Motion to Set Aside | 1.00 | $130.00 | $130.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2020 | CRM | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC<br>Draft and revise affidavit regarding default judgment in state court case. | 0.90 | $215.00 | $193.50 |
| | | Total: | 56.70 | | $12,683.50 |

**BUSINESS OPERATIONS**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/21/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with client (.4); email to S. Schwager (.2) | 0.60 | $350.00 | $210.00 |
| 9/22/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Various tcw and emails with client, S. Schwager and US Trustee re cash collateral motion. | 2.80 | $350.00 | $980.00 |
| 9/23/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>More phone calls and emails with client and Sheila Schwager (2); participate in court hearing (continued to 9/25) (.3) | 2.30 | $350.00 | $805.00 |
| 9/24/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Time reviewing emails and working on spreadsheets of income and expenses (1.4); review vehicle titles and email client re: same (.5); participate in phone call with client and KeyBank people (1.1); phone call with SSchwager and UST (.7); phone call with PGeile (.4). | 4.10 | $350.00 | $1,435.00 |
| 9/25/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Consult with Matt Christensen in preparation for cash collateral hearing, including related analysis of communications from UST, MetLife, and KeyBank counsel. | 0.60 | $215.00 | $129.00 |
| 9/25/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Emails and phone calls prior to hearing (.5); participate in hearing on cash collateral (1); tcw client after hearing (.3); review and revise proposed cash collateral order (.2). | 2.00 | $350.00 | $700.00 |
| 9/25/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Analyze proposed order regarding intrim use of cash collateral. | 0.20 | $215.00 | $43.00 |
| 10/6/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review and update docs from SSchwager re: cash collateral (.4); emails with client re: requests from MetLife (.3); integrate changes to cash collateral order, finalize and submit to Court (.3); update cash collateral budget and additional emails with Schwager re: stipulation and motion (re further cash collateral use) (.7) | 1.70 | $350.00 | $595.00 |
| 10/15/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Review emails and approve side-by-side report. | 0.20 | $350.00 | $70.00 |
| 10/19/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Participate in phone call with client. | 0.30 | $350.00 | $105.00 |
| 10/20/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Travel to/from and attend court hearing re: cash collateral (includes time to meet with client before/after hearing). | 2.30 | $350.00 | $805.00 |
| 10/22/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Prepare and circulate draft final cash collateral order. | 0.80 | $350.00 | $280.00 |
| 10/28/2020 | MTC | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Exchange emails re: cash collateral order. | 0.30 | $350.00 | $105.00 |
| | | Total: | 18.20 | | $6,262.00 |

**CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Research Young and Young lease issues per client request. | 0.20 | $215.00 | $43.00 |
| 12/21/2020 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Telephone call with Alex Caval regarding plan issues and proof of claim strategies regarding state court litigation. | 0.30 | $215.00 | $64.50 |
| 1/25/2021 | CRM | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Legal research regarding prepayment premiums in proofs of claim, in analyzing MetLife's POC. | 0.50 | $250.00 | $125.00 |
| | | Total: | 1.00 | | $232.50 |
| | | Grand Total: | 182.20 | | $48,036.50 |

**COSTS**

**Case No. 20-40734-JMM In re: DeWit Dairy - Chapter 11 Bankruptcy**

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 9/18/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Filing fees | 1.00 | $350.00 | $350.00 |
| 9/23/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK<br>Vehicle Title Search | 1.00 | $195.50 | $195.50 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10/2/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Postage. | 1.00 | $10.50 | $10.50 |
| 10/22/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Postage (Mtn/Notice of Sale). | 53.00 | $0.50 | $26.50 |
| 10/30/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Filing fees-Amended Schedules | 1.00 | $31.00 | $31.00 |
| 10/30/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Filing amended schedule | 1.00 | $31.00 | $31.00 |
| 12/7/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Service of Process- 2004 Exam of Tony Dewit | 1.00 | $308.78 | $308.78 |

**Adv. Case No. 20-08061-JMM In re: DeWit Dairy v. CSC Gold**

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10/5/2020 | 14260-002 - Case No. 20-40734-JMM In re: DeWit Dairy Ch 11 BK Filing fees - Complaint (20-08061-JMM) | 1.00 | $350.00 | $350.00 |
| 11/17/2020 | 14260-004 - Adv. Case No. 20-08061-JMM | Dewit Dairy v. CSC Gold Service of Process-Tony DeWit- DeWit Dairy | 1.00 | $194.09 | $194.09 |
| 11/17/2020 | 14260-004 - Adv. Case No. 20-08061-JMM | Dewit Dairy v. CSC Gold Deposition Transcripts | 1.00 | $194.09 | $194.09 |

**Adv. Case No. 20-08063-JMM In re: DeWit Dairy v. Apex Agricultural Extension Products, LLC**

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10/5/2020 | 14260-005 - Dewit Dairy v. Apex Agricultural Extension Products, LLC Filing fees Complaint (20-08063-JMM) | 1.00 | $350.00 | $350.00 |
| | **Total:** | 63.00 | | **$2,041.46** |
| | **GRAND TOTAL:** | 245.20 | | **$50,077.96** |

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MTC | Matthew T. Christensen | 26.00 | $375.00 | $9,750.00 |
| MTC | Matthew T. Christensen | 46.10 | $350.00 | $16,135.00 |
| CRM | Chad R. Moody | 19.30 | $250.00 | $4,825.00 |
| CRM | Chad R. Moody | 64.40 | $215.00 | $13,846.00 |
| MA | Melanie Anderson | 8.90 | $150.00 | $1,335.00 |
| MA | Melanie Anderson | 13.80 | $130.00 | $1,794.00 |
| MR | Megan Richmond | 0.60 | $95.00 | $57.00 |
| AS | Abigail Stephens | 3.10 | $95.00 | $294.50 |
| | | 182.20 | | $48,036.50 |

Note: the Filing Fee for the 20-08061 Adversary Case was actually paid post-petition, not pre-petition as was listed in the Application to Employ. Those funds were removed from the client trust account pre-petition, but were replaced in the trust account after the petition was filed, based on the post-petition filing date for the adversary case.

# EXHIBIT C

## NARRATIVE SHEET

|  | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND: The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | September 18, 2020. |
| B. | Date of the "Order Authorizing Employment of Counsel". | October 20, 2020. |
| C. | Date services commenced. | September 18, 2020. |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Same as bankruptcy clients: $215.00-$375.00 per hour for attorneys; $95.00-$175.00 per hour for paralegals. |
| E. | Application is final or interim. | Interim. |
| F. | Time period of the services or expenses covered by the Application. | September 18, 2020 through January 31, 2021. |
|  |  |  |
| II. | CASE STATUS: To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of case on hand or on deposit in the estate. | The sum of $27,768.00 is presently being held in a trust account with Angstman Johnson. |
| B. | Amount and nature of accrued unpaid, administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals. To date, the estate has not retained any other professionals. |
| C. | The amount of unencumbered funds in the estate. | The Applicant currently holds approximately $27,768.00 in a client Trust account, which will not be sufficient to pay the fees and expenses requested, leaving a balance of $0.00 in the trust account. The remaining amount will be paid by the Debtor on an ongoing basis. |
|  |  |  |
| III. | PROJECT SUMMARY: Description of each professional project or task for which compensation and reimbursement is sought. | |
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on |

Matter ID: 14260-002

| | | | |
|---|---|---|---|
| | | | behalf of the estate by the applicant and the fees and costs incurred in these projects. The project categories included: Case Administration, Asset Analysis and Recovery, Asset Disposition, Relief from Stay/Adequate Protection Proceedings, Meetings of and Communications with Creditors, Fee/Employment Applications, Other Contested Matters, Business Operations, and Claims Administration and Objections. |
| B. | Necessity of projects. | | **Case Administration** was necessary in order to discuss various items with the client and other parties, as well as prepare and file required reports (MORs) and respond to various motions.<br><br>**Asset Analysis and Recovery** was necessary in order to evaluate potential claims and issues in order to recover assets for the estate.<br><br>**Asset Disposition** was necessary in order to maintain and collect documents regarding the potential sale of the Debtor's assets and to prepare and file sale motions.<br><br>**Relief from Stay/Adequate Protection Proceedings** was necessary in order to determine the applicable adequate protection payments to be made.<br><br>**Meetings of and Communications with Creditors** was necessary in order to prepare for and attend the 341(a) Meeting of Creditors.<br><br>**Fee/Employment Applications** was necessary in order to draft and prepare applications to employ a marketing professional, an accountant, and draft this first fee application.<br><br>**Other Contested Matters** was necessary in order to represent the Debtor in separate |

|   |   |   |
|---|---|---|
|   |   | adversary proceedings. The proceedings include two proceedings initiated by the Debtor for injunctive relief to allow the Debtor's principal owners to focus on getting the Debtor's property sold and plan confirmed, rather than defending themselves personally. In both cases, temporary restraining orders were issued, followed by resolutions between the Debtor, the principals and the specific creditors.<br><br>**Business Operations** was necessary in order to prepare for and attend a hearing on the Motion for Cash Collateral as well as deal with ongoing business operation issues of the Debtor.<br><br>**Claims Administration and Objections** was necessary in order to review claims filed and evaluate potential objections to those claims. |
| C. | Benefit of projects to the estate. | The projects have allowed the Debtor to prepare and file required reports, maintain documents for asset sales, attend required meetings, draft various applications and motions, keep the owners' focused on the Chapter 11 proceeding, and otherwise continue cleanup operations to get the property sold. |
| D. | Status of project. | Interim. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, and the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |

Matter ID: 14260-002