Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: mtc@angstman.com
      chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 20-40734-JMM |
|---|---|
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

## NOTICE OF DISCLOSURE STATEMENT HEARING

YOU ARE HEREBY NOTIFIED that the Debtor in Possession has filed a proposed Disclosure Statement, (Dkt. No. 128 - "Disclosure Statement") containing information concerning the Debtor in Possession, an explanation of the Plan of Reorganization, and a brief explanation of the business activities and financial information of the Debtor.

YOU ARE FURTHER NOTIFIED that a hearing to determine whether such statement contains adequate information as required by Section 1125 of Title 11 United States Code, will be held before the Bankruptcy Judge Joseph M. Meier on the **8th day of April, 2021 at 9:00 a.m. This hearing will be via Zoom**.  The Court will send Zoom information at a later date.

Written objections and/or proposed modifications to the Disclosure Statement must be filed not less than seven (7) days prior to the time set for hearing.

NOTICE OF DISCLOSURE STATEMENT HEARING – Page 1

YOU ARE FURTHER NOTIFIED that if the Disclosure Statement is approved by the Court, a copy of the Order will be provided to all parties in interest along with the proposed Plan(s) of reorganization.

YOU ARE FURTHER NOTIFIED that the hearing upon the adequacy of the Disclosure Statement may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

DATED this 1st day of March, 2021.

        /s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for the Debtor

NOTICE OF DISCLOSURE STATEMENT HEARING – Page 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2021, I filed the foregoing NOTICE OF DISCLOSURE STATEMENT HEARING electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| David W. Gadd | dwg@magicvalleylaw.com |
| Patrick J. Geile | pgeile@foleyfreeman.com |
| David A. Heida | dheida@whitepeterson.com |
| Andrew S. Jorgensen | Andrew.jorgensen@usdoj.gov |
| Chad R. Moody | chad@angstman.com |
| Aaron J. Tolson | ajt@aaronjtolsonlaw.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

See attached Mailing Matrix

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN

| Label Matrix for local noticing<br>0976-8<br>Case 20-40734-JMM<br>District of Idaho<br>Twin Falls<br>Mon Mar  1 10:30:25 MST 2021 | APEX<br>PO Box 565<br>Hamburg, NY 14075-0565 | Amalgamated Sugar<br>PO Box 127<br>Twin Falls, ID 83303-0127 |
|---|---|---|
| Animal Health International<br>PO Box 561305<br>Denver, CO 80256-1305 | Berkshire Hathaway<br>PO Box 844501<br>Los Angeles, CA 90084-4501 | Berkshire Hathaway Homestate Insurance Compa<br>1314 Douglas St. Ste 1300<br>Omaha, NE 68102-1944 |
| Black Cat Pellet Mill, Inc<br>PO Box 522<br>Gooding, ID 83330-0522 | ~~CSC Gold, Inc.~~<br>~~c/o Heida Law Office PLLC~~<br>~~PO Box 956~~<br>~~Kuna, ID 83634-0900~~ | ~~CSC Gold, Inc.~~<br>~~White Peterson Gigray & Nichols, P.A.~~<br>~~5700 E. Franklin Rd., Suite 200~~<br>~~Nampa, ID 83687-7901~~ |
| Campbell Tractor and Implement, Inc<br>2014 Franklin Blvd<br>Nampa, ID 83687-6891 | Cereal Byproducts Company<br>PO Box 6700<br>Carol Stream, IL 60197-6700 | ~~Matthew Christensen~~<br>~~Angstman Johnson~~<br>~~199 N. Capitol Blvd., Ste. 200~~<br>~~Boise, ID 83702-6197~~ |
| ~~Matthew Todd Christensen~~<br>~~Angstman Johnson, PLLC~~<br>~~199 N. Capitol Blvd., Ste. 200~~<br>~~Boise, ID 83702-6197~~ | Circle C Equipment Repair<br>27 N 150 W<br>Jerome, ID 83338-5379 | Clay Nannini<br>WESTERRA REAL ESTATE GROUP<br>205 Shoshone St N., Ste 101<br>TWIN FALLS, ID 83301-6165 |
| Clear Creek Properties, Inc.<br>PO Box 1598<br>Twin Falls, ID 83303-1598 | Clear Lakes Products, LLC<br>PO Box 246<br>Buhl, ID 83316-0246 | Coastline Equipment<br>2000 E Overland Rd<br>Meridian, ID 83642-6665 |
| Commodity Specialists Cmpy<br>PO Box 802233<br>Kansas City, MO 64180-2233 | Cooper Norman CPAs<br>PO Box 5399<br>722 N College Road<br>Twin Falls, ID 83301-3485 | ~~Corporation Service Company~~<br>~~801 Adlai Stevenson Drive~~<br>~~Springfield, IL 62703-4261~~ |
| DHI Computing Service, Inc<br>1525 W 820 N<br>Provo, UT 84601-1342 | Darling International Inc<br>PO Box 554885<br>Detroit, MI 48255-4885 | ~~David Heida~~<br>~~PO BOX 956~~<br>~~KUNA, ID 83634-0900~~ |
| ~~David Heida~~<br>~~White Peterson Gigray & Nichols, P.A.~~<br>~~5700 E. Franklin Rd., Suite 200~~<br>~~Nampa, ID 83687-7901~~ | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Dewit Dairy<br>2011 Bob Barton Hwy<br>Wendell, ID 83355-3554 |
| ~~Amber Nicole Dina~~<br>~~Givens Pursley LLP~~<br>~~601 W. Bannock Street~~<br>~~Boise, ID 83702-5919~~ | Don's Irrigation Repair<br>294 A South 300 East<br>Jerome, ID 83338-6534 | ~~David W. Gadd~~<br>~~Stover, Gadd & Associates, PLLC~~<br>~~905 Shoshone St. N.~~<br>~~P.O. Box 1428~~<br>~~Twin Falls, ID 83303-1428~~ |

| | | |
|---|---|---|
| Gavilon Grain, LLC<br>1331 Capitol Ave<br>Omaha, NE 68102-1196 | Gavilon Ingredients, LLC<br>1331 Capitol Ave<br>Omaha, NE 68102-1196 | Patrick John Geile<br>FOLEY FREEMAN, PLLC<br>PO Box 10<br>Meridian, ID 83680-0010 |
| Glen Capps, Inc<br>PO Box 448<br>Jerome, ID 83338-0448 | Glen Capps, Inc.<br>C/O Heida Law Office<br>8902 S. Swan Falls Rd.<br>P.O. Box 956<br>Kuna, ID 83634-0900 | Glen Capps, Inc.<br>C/O Heida Law Office, PLLC<br>P.O. Box 956<br>Kuna, ID 83634-0900 |
| Hatfield Manufacturing<br>1823 Shoestring Rd<br>Gooding, ID 83330-5361 | David A. Heida<br>White, Peterson, Gigray & Nichols, P.A.<br>5700 E Franklin Rd Suite 200<br>Nampa, ID 83687-7901 | ITC Services<br>4172 N Frontage Rd E<br>Moses Lake, WA 98837-4901 |
| Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-0410 | Intermountain Animal Health<br>PO Box 194<br>Smithfield, UT 84335-0194 | Internal Revenue Service<br>Centralized Insolvency<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| J C Custom LLC<br>528 Washington Street<br>Twin Falls, ID 83301-5642 | J&C Custom, LLC<br>c/o Worst, Stover, Gadd & Spiker PLLC<br>PO Box 1428<br>Twin Falls, ID 83303-1428 | J&C Custom, LLC<br>c/o Worst, Stover, Gadd & Spiker<br>PO Box 1428<br>Twin Falls, ID 83303-1428 |
| JCM1, LLC<br>5207 E 3rd Ave<br>Spokane, WA 99212-0725 | John Johnson<br>3520 S 2100 E<br>Wendell, ID 83355-3529 | Andrew Seth Jorgensen<br>Office of the U.S. Trustee<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712-7785 |
| Julie Renee Dewit<br>2010 Bob Barton Highway<br>Wendell, ID 83355-3553 | Key AG<br>PO Box 150<br>Murtaugh, ID 83344-0150 | KeyBank National Association<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701-1617 |
| KeyBank National Association<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | Keybank National Association<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Liberty Mutual Insurance<br>PO Box 3229<br>New York, NY 10116-3229 |
| MWI Veterinary Supply, Inc<br>14659 Collections Center Dr<br>Chicago, IL 60693-0001 | Magic Valley QMP, Inc.<br>PO Box 507<br>JEROME, ID 83338-0507 | Kelly Greene McConnell<br>POB 2720<br>Boise, ID 83701-2720 |
| James C Meservy<br>POB 168<br>Jerome, ID 83338-0168 | MetLife Investment Mgmt, LLC<br>PO Box 25965<br>Shawnee Mission, KS 66225-5965 | Metropolitan Life Insurance<br>8717 W. 110th St. Ste. 700<br>Overland Park, KS 66210-2127 |

| | | |
|---|---|---|
| ~~Chad Moody~~<br>~~Angstman Johnson~~<br>~~199 N. Capitol Blvd., Ste. 200~~<br>~~Boise, ID 83702-6197~~ | ~~Official Committee of Unsecured Creditors~~<br>~~c/o Givens Pursley LLP~~<br>~~P.O. Box 2720~~<br>~~601 W. Bannock Street~~<br>~~Boise, ID 83702-5919~~ | Penny Newman<br>PO Box 12147<br>Fresno, CA 93776-2147 |
| Performance Plus<br>314 S 500 E<br>Jerome, ID 83338-6820 | Progressive Bovine Supply<br>122 W 465 S<br>Jerome, ID 83338-6028 | Progressive Dairy Service<br>485 S Idaho St<br>Wendell, ID 83355-5241 |
| ~~Progressive Dairy Service & Supplies Corp.~~<br>~~c/o Worst, Stover, Gadd & Spiker, PLLC~~<br>~~PO Box 1428~~<br>~~Twin Falls, ID 83303-1428~~ | ~~Progressive Dairy Services & Supplies~~<br>~~c/o Worst, Stover, Gadd & Spiker PLLC~~<br>~~PO Box 1428~~<br>~~PO Box 1428~~<br>~~Twin Falls, ID 83303-1428~~ | Quesnell Kohtz Vet Services<br>3024 E 3500 N<br>Twin Falls, ID 83301-0308 |
| (p)SAWTOOTH DAIRY SPECIALTIES LLC<br>ATTN MARGARET KRASZNAVOLGYI<br>3274 S 2300 E<br>JEROME ID 83338-4016 | ~~Sheila Rae Schwager~~<br>~~HAWLEY TROXELL ENNIS and HAWLEY LLP~~<br>~~POB 1617~~<br>~~Boise, ID 83701-1617~~ | ~~Sheila R. Schwager~~<br>~~Hawley Troxell Ennis & Hawley LLP~~<br>~~P.O. Box 1617~~<br>~~Boise, ID 83701-1617~~ |
| ~~Sheila Schwager~~<br>~~c/o Hawley Troxell~~<br>~~877 W. Main St., 10th Floor~~<br>~~Boise, ID 83702-5883~~ | Standard Dairy Consultants<br>PO Box 3844<br>Omaha, NE 68103-0844 | Standley Co<br>PO Box 14<br>Twin Falls, ID 83303-0014 |
| Standley Trenching Inc<br>642 Farmore Road<br>Jerome, ID 83338-5514 | Sweet's Septic<br>403 S Rail St W<br>Shoshone, ID 83352-5315 | Tony DeWit<br>2010 Bob Barton Hwy<br>Wendell, ID 83355-3553 |
| Tony Dewit<br>2011A Bob Barton Highway<br>Wendell, ID 83355 | Tracy Jean Wilhelm<br>33 Canyonview Road<br>Jerome, ID 83338-6012 | Tracy Wilhelm<br>33 Canyon View Road<br>Jerome, ID 83338-6012 |
| Treyes Calf Ranch<br>309 W 100 N<br>JEROME, ID 83338-5261 | Two L Farms<br>6832 W 6000 N<br>Rexburg, ID 83440-3079 | US Commodities, LLC<br>PO Box 860417<br>Minneapolis, MN 55486-0417 |
| ~~US Trustee~~<br>~~Washington Group Central Plaza~~<br>~~720 Park Blvd, Ste 220~~<br>~~Boise, ID 83712-7785~~ | Valley Wide Cooperative<br>2114 N 20th St<br>Nampa, ID 83687-6850 | Vanden Bosch Inc<br>PO Box 543<br>Jerome, ID 83338-0543 |
| Wendell Tire<br>190 W Ave B<br>Wendell, ID 83355-5502 | Wendell Truck Auto Parts<br>PO Box 213<br>Wendell, ID 83355-0213 | Western Truck Equipment<br>PO Box 563<br>Jerome, ID 83338-0563 |

| Williams, Meservy & Larsen, LLP | Williams, Meservy & Larsen, LLP | Williams, Meservy, Larsen |
| PO Box 168 | Kimberly L. Williams | 153 E Main St |
| Jerome, ID 83338-0168 | PO Box 168 | Jerome, ID 83338-2332 |
| | Jerome, Idaho 83338-0168 | |

Young & Young Leasing, LLC
c/o Tyler Rands
1502 Locust St. N. Ste 500B
TWIN FALLS, ID 83301-4164

Young & Young Leasing, LLC
c/o RandsLaw PLLC
1502 Locust St N, Ste 500B
Twin Falls, ID 83301-4164

(The above strikethrough entries appear crossed out.)

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Dept. of the Treasury - IRS
P.O. Box 480
Holtsville, NY 11742-0480

Sawtooth Dairy Specialties
3274 S 2300 E
Jerome, ID 83338


          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)MetLife Investment Management, LLC          (u)Clay Nannini                          (u)The Amalgamated Sugar Company LLC


(d)Tony Dewit                                  (d)Valley Wide Cooperative               End of Label Matrix
2010 Bob Barton Hwy                            2114 N. 20th Street                      Mailable recipients     94
Wendell, ID 83355-3553                         Nampa, ID 83687-6850                     Bypassed recipients      5
                                                                                        Total                   99