## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY,<br><br>Debtor. | Case No. 20-40734-JMM<br><br>Chapter 11 |

### ORDER AUTHORIZING DEBTOR'S EMPLOYMENT OF ACCOUNTANT

This matter having come before the Court on the Application to Employ Accountant (Docket No. 110 – "Application") filed on January 27, 2021; no objections having been filed to the Application; and good cause appearing therefore,

IT IS HEREBY ORDERED, that, pursuant to 11 USC §327, the Application is GRANTED and the Debtor is authorized to employ Mark Brady at Epic Accounting as accountant in this matter consistent with the terms outlined in the Application, with the accountant's employment effective January 27, 2021.

**IT IS FURTHER HEREBY ORDERED, that the Applicant is required to apply to the Court for approval of compensation under 11 USC § § 330 and/or 331.  While the Court notes that the Applicant has disclosed the hourly rate it intends to charge for services rendered,  nothing herein should be construed as the Court's pre-approval of those rates for the services to be rendered, which will require a detained application in accordance with the described subsections and the bankruptcy rules.**



DATED:  March 10, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court added the last paragraph that appears in **bold font** to the proposed order submitted.

Order Submitted by:
Chad R. Moody
Attorney for Debtor in Possession