Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: mtc@angstman.com
       chad@angstman.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>DEWIT DAIRY,<br><br>              Debtor. | Case No. 20-40734-JMM<br><br>Chapter 11 |
|---|---|

**APPLICATION FOR ALLOWANCE OF INTERIM**
**FEES AND COSTS FOR EPIC ACCOUNTING, LLC**

      Mark Brady, CPA, CVA at Epic Accounting, LLC, ("Applicant"), applies to the Court for allowance of fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

      1.      Applicant is a professional person and a member of Epic Accounting, LLC ("Mark Brady") and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred since the commencement of this case.

**APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR EPIC**
**ACCOUNTING, LLC – PAGE 1**
A♦J: Matter: 13044-004

2. Payment of the fees and costs should be made pursuant to the *Application to Employ Mark Brady as Accountant*, filed on January 27, 2021 [Dkt. No. 110 – "Application to Employ"], which states that "any and all compensation and expenses to be paid to the accountants shall require a detailed application, notice and a hearing, and approval by the Court, all per USC § 330."

3. The fees requested by this Application shall not be shared with any other party outside the Applicant's firm.

4. All services for which compensation is requested by the Applicant were performed for and on behalf of said Debtor in Possession, and not on behalf of any committee, creditor or other person. Applicant and personnel from Epic Accounting, LLC were the only persons involved in the services for which compensation is requested and are specifically identified on the attached **Exhibit A** and is incorporated here by reference. Individual time entries are noted on the enclosed invoices.

5. Applicant is a Certified Public Accountant with over 25 years of experience in providing accounting and consulting services for clients. Applicant is a professional person and qualified to act in his advisory and consulting capacity for the Debtor in Possession. The Applicant's qualifications, training, certifications, and experience demonstrate his skill and experience with clients in the context of a bankruptcy case. See 11 U.S.C. 330(a)(3). The Applicant's qualifications include:

   a. Mark Brady is a licensed Certified Public Accountant (CPA) since 1995, and a Certified Valuation Analyst (CVA) since 2003;

   b. Mark Brady has specific experience working with clients in bankruptcy proceedings and the related financial reporting requirements and specializes in accounting and consulting in the agricultural and related auxiliary industries. He

**APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR EPIC ACCOUNTING, LLC – PAGE 2**
A♦J: Matter: 13044-004

has provided services for various purposes including business transition planning, compliance tax and financial reporting, internal controls, break-even analysis, and costing. Litigation support services include economic damage calculations and financial reporting.

6. Epic Accounting, LLC and Applicant are qualified to provide to the Debtor in Possession the vital services set forth in the Application to Employ, including the consultation and assistance with preparation of monthly US Trustee reports, financial documents, including related clean up, and other necessary internal and external financial report preparation as needed.

7. Applicant has rendered extensive and vital services to the Debtor in Possession in the manner prescribed in the attached Exhibit A, which is incorporated here by this reference.

8. Because of the services rendered by the Applicant and Mark Brady, the Debtor in Possession was able to prepare financial and tax information related to or used in the sale of estate property, proposed disclosure statement, and plan documents.

9. The Firm continues to assist with accounting services necessary to wind down the Debtor including tax preparation and filing.

10. The rate of compensation of Applicant was detailed in the Application to Employ Mark Brady. The invoices attached to this application in Exhibit A are in conformity with that rate. In substantial conformity with that rate, the reasonable value of the services rendered by your Applicant in this case is $10,440.00. These rates and fees are consistent with the hourly rates charged to non-bankruptcy clients and are consistent with industry pricing for such cost reporting projects. The amount requested is $10,440.00 in fees and $0.00 in expenses, for the total amount of $10,440.00.

**APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR EPIC ACCOUNTING, LLC – PAGE 3**
A♦J: Matter: 13044-004

11.  Applicant's request for the noted rate of compensation and fees is justified in this case based on industry norms for these types of projects, and the expedited timeframe in which to complete the cost reports.

12.  The Debtor in Possession has reviewed this application and approved the application and amounts requested.

WHEREFORE, the Applicant prays that an allowance be made in the sum of $10,440.00, for time and services rendered on Debtor in Possession's behalf.

DATED this 8th day of June, 2021.

_____
MARK BRADY
Consultant/ Applicant Epic Accounting, LLC

DATED this 29th day of May, 2021.

_____
TONY DEWIT
For Debtor in Possession President, DeWit Dairy

**APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR EPIC ACCOUNTING, LLC – PAGE 4**
A♦J: Matter: 13044-004

## NOTICE OF INTENT TO PRESENT EVIDENCE

Pursuant to Local Bankr. R. 9014.1, the Applicant provides notice that he intends to present evidence at the hearing on this Application.

## ACCOMODATION FILING

This document is being filed by Chad R. Moody as an accommodation to Epic Accounting, LLC and/or which are not registered to file electronically with the United States Bankruptcy Court for the District of Idaho.

DATED this 9th day of June, 2021.

                                        /s/ Chad Moody
                                        CHAD R. MOODY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2021, I filed the foregoing APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR EPIC ACCOUNTING, LLC electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| Sheila R. Schwager | sschwager@hawleytroxell.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Amber N. Dina | amberdina@givenspursley.com |
| Patrick J. Geile | pgeile@foleyfreeman.com |
| David A. Heida | dheida@whitepeterson.com |
| Andrew S. Jorgensen | Andrew.jorgensen@usdoj.gov |
| Kelly G. McConnell | litigation@givenspursley.com |
| James C. Meservy | jcmeservy@wmlattys.com |
| Aaron J. Tolson | ajt@aaronjtolsonlaw.com |

/s/ Chad Moody
Chad R. Moody

**APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR EPIC ACCOUNTING, LLC – PAGE 6**
A♦J: Matter: 13044-004

## EXHIBIT A

### SUMMARY SHEET

Fees Previously Requested:
$0.00
Fees Previously Awarded:
$0.00
Expenses Previously Requested:
$0.00
Expenses Previously Awarded:
$0.00

NAME OF APPLICANT:
Mark Brady, Epic Accounting, LLC

ROLE IN CASE: CPA for Debtor in Possession

CURRENT APPLICATION:

Fees Requested:       $10,440.00
Expenses Requested:   $0.00
TOTAL:                $10,440.00

| Name of Professional: | Hours Billed: | Hourly Rate: | Total: |
|---|---|---|---|
| Brady | 27.00 | $280.00 | $7,560.00 |
| Espinoza | 3.50 | $128.00 | $448.00 |
| Jeske | 15.75 | $128.00 | $2,016.00 |
| Parton | 3.25 | $128.00 | $416.00 |

Total Fees:   $10,440.00
Total Costs:  $0.00
TOTAL:        $10,440.00

**APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR EPIC ACCOUNTING, LLC – PAGE 7**
A♦J: Matter: 13044-004



1106 Eastland Boulevard North, Suite 200

Twin Falls, ID 83301
Phone: (208) 731-0785
Web: epicaccountant.com

DeWIT DAIRY

DeWIT DAIRY
2011 BOB BARTON HWY

WENDELL, ID 83355-3523

| | |
|---|---|
| Invoice: | 300 |
| Date: | 05/03/2021 |
| Due Date: | 06/02/2021 |

For professional service rendered as follows:

Work to update estimated tax projections for details received regarding facility and property sale along with agreed to liquidation sale price of listed equipment.

| | |
|---|---:|
| Brady - 04/29/21 - 6 Hrs @280 | 1,680.00 |
| Brady - 4/30/21 - 2 Hrs @280 | 560.00 |
| Billed Time & Expenses | $2,240.00 |
| Invoice Total | $2,240.00 |
| Beginning Balance | $8,200.00 |
| Invoices | 2,240.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| Amount Due | $10,440.00 |



1106 Eastland Boulevard North, Suite 200

Twin Falls, ID 83301
Phone: (208) 731-0785
Web: epicaccountant.com

DeWIT DAIRY

DeWIT DAIRY
2011 BOB BARTON HWY

WENDELL, ID 83355-3523

Invoice: 202
Date: 03/22/2021
Due Date: 04/21/2021

For professional service rendered as follows:

Work regarding the collection of information and preparations of year end W-3/W-2 and 1096/1099 reporting for the year ended December 31, 2020.
|  |  |
|---|---:|
| Brady - 1/28/21 - 1.0 Hrs @ $280 | 280.00 |
| Brady - 1/29/21 - 1.25 Hrs @ $280 | 350.00 |
| Parton - 1/28/21 - 3.25 Hrs @ $128 | 416.00 |
| Espinoza - 1/28/21 - 3.5 Hrs @ $128 | 448.00 |

Work and communications with Workmens Compensation Auditor.
|  |  |
|---|---:|
| Brady - 02/01/21 - 1.75 Hrs @ $280 | 210.00 |
| Brady - 02/04/21 - 2.25 Hrs @ $280 | 630.00 |
| Brady - 02/11/21 - 1.25 Hrs @ $280 | 350.00 |

Preparation of Tax Returns for the Calendar year ended December 31, 2020.
|  |  |
|---|---:|
| Brady - 02/04/21 - 1.5 Hrs @ $280 | 420.00 |
| Jeske - 02/04/21 - 2.75 Hrs @ $128 | 352.00 |
| Jeske - 02/05/21 - 3.0 Hrs @ $128 | 384.00 |
| Jeske - 02/08/21 - 1.75 Hrs @ $128 | 224.00 |
| Jeske - 02/10/21 - 1.75 Hrs @ $128 | 224.00 |
| Brady - 02/18/21 - 1.75 Hrs @ $280 | 490.00 |
| Brady - 02/22/21 - 1.25 Hrs @ $280 | 350.00 |

Update Depreciation with additions and disposals for Federal Tax Alternative Minimum Tax, and State Tax Purposes.
|  |  |
|---|---:|
| Brady - 02/08/21 - 1.0 Hrs @ $280 | 280.00 |
| Jeske - 02/11/21 - 2.0 Hrs @ $128 | 256.00 |
| Jeske - 02/15/21 - 2.5 Hrs @ $128 | 320.00 |
| Jeske - 02/18/21 - 2.0 Hrs @ $128 | 256.00 |

Work related projection tax liability of facility/land sale.
|  |  |
|---|---:|
| Brady - 01/28/21 - 2.5 Hrs @ $280 | 700.00 |
| Brady - 02/22/21 - 2.0 Hrs @ $280 | 560.00 |
| Brady - 03/10/21 - 2.5 Hrs @ $280 | 700.00 |

**EPIC Accounting LLC**

Page 2 of 2

| | |
|---|---:|
| Billed Time & Expenses | $8,200.00 |
| Invoice Total | $8,200.00 |
| | |
| Beginning Balance | $0.00 |
| Invoices | 8,200.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| Amount Due | $8,200.00 |