## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In re:

DEWIT DAIRY,

Debtor.

Case No. 20-40734-JMM

Chapter 11

## ORDER APPROVING APPLICATION FOR ALLOWANCE OF INTERIM FEES AND

## COSTS FOR EPIC ACCOUNTING, LLC

The Application for Allowance of Interim Fees and Costs for Epic Accounting, LLC, (Doc No. 193) ("Application"), having come before the court for hearing on August 2, 2021, at 10:00 a.m., the Court having reviewed the Application, lack of objection thereto, and the arguments of counsel at the hearing, and other good cause appearing therefor;

IT IS HEREBY ORDERED AND THIS DOES ORDER; The Application is approved. Epic Accounting, LLC is awarded $10,440.00 for time and services rendered to Debtor as set forth in the Application.

The Court's approval of this application is made pursuant to 11 U.S.C. §331 and the amounts awarded for compensation and expenses are subject to reconsideration in connection with a final fee application in this case.

DATED:  August 4, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order Submitted by:  Chad R. Moody, Attorney for Debtor in Possession