UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 20-40734-JMM |
|---|---|
| DEWIT DAIRY, | |
| Debtor. | |

### ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE OF HEARING THEREOF

The Debtor herein, DeWit Dairy, filed a First Amended Disclosure Statement on April 30, 2021 (Docket No. 187 - the "Disclosure Statement").  The Debtor also filed a Chapter 11 Plan of Reorganization on February 28, 2021 (Docket No. 127 - the "Plan"), which the Debtor is requesting the Court to confirm.  Having determined that the First Amended Disclosure Statement contains adequate information:

IT IS HEREBY ORDERED, and notice is hereby given that:

1. The First Amended Disclosure Statement filed by the Debtors on April 30, 2021, is approved.

2. The Debtor shall serve a copy of this Order, the Plan and the First Amended Disclosure Statement, and a ballot for accepting or rejecting the Plan for reorganization on all creditors, United States Trustee, and other parties in interest as required by F.R.B.P. § 3017(d).

3. **September 10, 2021**, is fixed as the last day for filing written acceptances or rejections of the Plan by ballot ("Ballot Deadline").  All ballots must be returned to the plan

proponent on or before the Ballot Deadline pursuant to Bankruptcy Rule 3018.1 at the following address:

> Matthew T. Christensen
> ANGSTMAN JOHNSON
> 199 N. Capitol Blvd, Ste 200
> Boise, ID 83702
> Fax: (208) 629-2157
> Email : mtc@angstman.com

4. **September 23, 2021, at 9:30 a.m.** is fixed for the hearing on confirmation of the Plan at the U.S. Bankruptcy Court, Federal Building, 550 W. Fort Street, Boise, lD 83724. At this time, it is anticipated this will be a live in-person hearing.

5. **September 10, 2021**, is fixed as the last day for filing and serving, pursuant to F.R.B.P. 3020(b)(1), written objections to confirmation of the Plan and any objections must be sent to the U.S. Bankruptcy Court, 550 W. Fort Street, Boise, ID 83724 and to Matthew T. Christensen, counsel for the Debtor, 199 N. Capitol Blvd, Ste 200, Boise, ID 83702, and to the U.S. Trustee, 550 W. Fort Street, Room 698, Boise, ID 83724.

6. In the event any party intends to present evidence through witnesses or exhibits at the confirmation hearing on September 23, 2021, that party shall file a witness list, exhibits list, and pre-confirmation memorandum (if applicable), no later than September 16, 2021.  All witnesses and exhibits shall comply with any further order of this Court.

DATED:  August 4, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:

Matthew T. Christensen
Attorney for Debtors in Possession

Approved as to form by:

      /s/ (email approval 7/30/21)
Andrew S. Jorgensen
Attorney for the Acting United States Trustee

Approved as to form and content by:

      /s/ (email approval 7/30/21)
Amber N. Dina
Attorney for the Unsecured Creditor's Committee

Approved as to form and content by:

      /s/ (email approval 8/4/21)
Sheila R. Schwager
Attorney for KeyBank