Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: mtc@angstman.com
        chad@angstman.com

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

## DEBTOR-IN-POSSESSION'S BALLOT SUMMARY

DeWit Dairy (the "Debtor"), the Debtor-in-Possession and the Plan proponent under the Chapter 11 Plan, dated February 28, 2021 (Docket No. 127) (the "Chapter 11 Plan"), by and through its counsel of record, Angstman Johnson, hereby submits this written summary of the ballots cast. Copies of the ballots received are attached hereto as **Exhibit A**.

This is a Chapter 11 case. Pursuant to 11 U.S.C. §1129, in order for a plan to be confirmed, each class of claims or interests must (A) accept as a class the plan, or (B) be an impaired class that is not discriminated against and treated fairly and equitably as a class. This form therefore

notes each class that is not impaired under the plan.[1]  This form further provides, for each impaired class, a summary of the ballots cast accepting and rejecting the plan.

### SUMMARY OF BALLOTS

| No. | Creditor Name | Class | Amount of Claim | Accept | Reject |
|---|---|---|---|---|---|
| 1 | Argo Partners (as Assignee) | 6 | $243,434.39 | X | |
| 2 | Tony DeWit | 7 | $250,000.00 | X | |
| 3 | Standard Dairy Consultants | 6 | $536,615.93 | X | |
| 4 | Sawtooth Dairy Specialties | 6 | $8,754.40 | X | |
| 5 | Oak Valley Dairy, LLC (as Assignee) | 6 | $402,355.23 | | X |
| 6 | Intermountain Animal Health | 6 | $54,620.47 | X | |
| 7 | Gavilon Grain, LLC | 6 | $28,776.99 | X | |
| 8 | Gavilon Ingredients, LLC | 6 | $17,999.51 | X | |
| 9 | Clear Creek Properties, Inc. | 6 | $370,000.00 | X | |
| 10 | Black Cat Pellet Mill, Inc. | 6 | $4,878.78 | X | |
| 11 | Tracy Wilhelm | 7 | $50,000.00 | X | |
| 12 | KeyBank Nat'l Assoc. | 6 | $801,251.49 | X | |

Pursuant to 11 U.S.C. §1126(c), only the actual ballots cast on the Chapter 11 Plan are counted to determine whether a given class has accepted or rejected.[2]  That section further provides

---

[1] A class that is not impaired is conclusively presumed to have accepted the plan under §1126(f).

[2] *See* 7 Collier on Bankruptcy §1126.04, §1129.02[8] (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2010).

that a class will have accepted the plan if voting creditors with allowed claims in such class holding at least two-thirds in amount and more than one-half in number have accepted the plan.[3]  The form below tabulates the actual ballots received by the class, and for each such class, presents the Debtor's assertion of the percentage in number of class members holding allowed claims accepting the plan and the percentage of the dollar amount of the class members accepting the plan.

| Class (per plan designation) | Class impaired? | Total ballots filed by members of class holding allowed claims; total amount ($) of ballots filed | Number of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots (in number) | Amount of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of accepting ballots (in amount) |
|---|---|---|---|---|---|---|
| 1 (unsecured) | Yes | 0 | (A) 0 (R) 0 | 100% | (A) $0.00 (R) $0.00 | 0% |
| 2 (secured)[4] | No | 0 (previously paid) | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | 0% |
| 3 (secured) | No | 0 (previously paid) | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | 0% |
| 4 (secured) | No | 0 (previously paid) | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | 0% |
| 5 (secured) | No | 0 (previously paid) | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | 0% |
| 6 (Unsecured) | Yes | 10 ($2,468,687.19) | (A) 9 (R) 1 | 90% | (A) $2,066,331.96 (R) $402,355.23 | 84% |
| 7 (Unsecured) | Yes | 2 ($300,000) | (A) 2 (R) 0 | 100% | (A) $300,000.00 (R) $0.00 | 100% |

---

[3] Section 1126(c) reads, in its entirety, as follows: "A class of claims has accepted a plan if such plan has been accepted by creditors, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan."

[4] Classes 2, 3, 4 and 5 were fully paid with the sale of the Debtor's real property.  The Plan does not propose any further payment to these classes.

| 8 (Unsecured) | Yes | 0 | (A) 0 (R) 0 | 0% | (A) $0.00 (R) $0.00 | 0% |
|---|---|---|---|---|---|---|

In sum, then, all classes that voted accepted the Debtors' proposed Chapter 11 Plan.

DATED this 16th day of September, 2021.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of September, 2021, I filed the foregoing BALLOT SUMMARY electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| Sheila Rae Schwager | sschwager@hawleytroxell.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| David W. Gadd | dwg@magicvalleylaw.com |
| Patrick J. Geile | pgeile@foleyfreeman.com |
| David A. Heida | dheida@whitepeterson.com |
| Andrew S. Jorgensen | Andrew.jorgensen@usdoj.gov |
| Chad R. Moody | chad@angstman.com |
| Aaron J. Tolson | ajt@aaronjtolsonlaw.com |

Any others as listed on the Court's ECF Notice.


_____/s/ Matt Christensen_____
MATTHEW T. CHRISTENSEN

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY,<br><br>    Debtor. | Case No. 20-40734-JMM<br><br>Chapter 11 |

### **BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN

The undersigned, an (✓) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ 243,434.39,

(✓) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: Argo PARTNERS As Assignee *
Signed: Paul S. Berg
By (if appropriate): Paul S. Berg
Its (state nature of position, if appropriate): SVP
Address: 12 West 37th St. Ste 900
New York, NY 10018

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE September 10, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@angstman.com

* Assigned the following claims.

• Coastline Equipment    5,275.23
• Don's Irrigation Repair    7,619.53
• ITC Services    19,196.49
• Key AG    11,047.89
• Performance Plus    194,680.44
• Progressive Bovine    5,614.81
                          $243,434.39

PAUL S. BERG

ARGO PARTNERS

12 West 37th Street, 9th floor
New York, N.Y. 10018
phone: (212) 643•5457
fax: (212) 643•6401

email: paul@argopartners.net

www.argopartners.net

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

## ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN

The undersigned, an (x) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ 250,000                    ,

(x)  Accepts
( )  Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: Tony Dewit
Signed: Tony Dewit
By (if appropriate):
Its (state nature of position, if appropriate):
Address:


**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE September 10, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@angstman.com

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

## ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ *536,615.93* ,

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: *STANDARD DAIRY CONSULTANTS, LLC*
Signed: *Brad J Hamik*
By (if appropriate): *BRADLEY J. HAMIK*
Its (state nature of position, if appropriate): *CREDIT MANAGER*
Address: *PO BOX 3844*
*OMAHA, NE 68103*

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE September 10, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@angstman.com

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY,<br><br>               Debtor. | Case No. 20-40734-JMM<br><br>Chapter 11 |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

## ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN

The undersigned, an (✱) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _8,754.40_ ,

(✗) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: _Sawtooth Dairy Specialties, LLC_
Signed: _____
By (if appropriate): _J. Thomas Heinhorst_
Its (state nature of position, if appropriate): _____
Address: _3274 S. 2300 E._
_Jerome, Id. 83338_

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE September 10, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
Fax: (208) 629-2157
Email: mtc@angstman.com

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY,<br><br>            Debtor. | Case No. 20-40734-JMM<br><br>Chapter 11 |

<u>**BALLOT FOR ACCEPTING OR REJECTING PLAN**</u>

      The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

      You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

      **If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

      **If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN

     The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $402,355.23,

     ( )  Accepts
     (X)  Rejects

the Plan of the above-named Debtor.

| | |
|---|---|
| Print or type name of business/individual: | Oak Valley Dairy, L.L.C. |
| Signed: | _Peter Jones_ |
| By (if appropriate): | Pete Jones |
| Its (state nature of position, if appropriate): | CFO |
| Address: | 468 S. 800 W. |
| | Burley, ID 83318 |

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE September 10, 2021.**

     Matthew T. Christensen
     ANGSTMAN JOHNSON
     199 N. Capitol Blvd, Ste 200
     Boise, ID  83702
     Fax: (208) 629-2157
     Email: mtc@angstman.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

**<u>BALLOT FOR ACCEPTING OR REJECTING PLAN</u>**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

<u>ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN</u>

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ 54,620.47 ,

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: Intermountain Animal Health, Inc
Signed:
By (if appropriate): Nate Magres
Its (state nature of position, if appropriate): Owner
Address: PO Box 194
Smithfield, UT 84335

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE <u>September 10, 2021</u>.**

> Matthew T. Christensen
> ANGSTMAN JOHNSON
> 199 N. Capitol Blvd, Ste 200
> Boise, ID  83702
> Fax: (208) 629-2157
> Email: mtc@angstman.com

AUG 2 1 2021

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

<u>ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN</u>

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _28,776.99_ ,

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: _Gavilon Grain, LLC_
Signed: _Alicia Burns_
By (if appropriate): _Alicia Burns_
Its (state nature of position, if appropriate): _Sr. Credit Manager_
Address: _1331 Capitol Ave._
_Omaha, NE 68102_

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE <u>September 10, 2021</u>.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY,<br><br>                Debtor. | Case No. 20-40734-JMM<br><br>Chapter 11 |

## <u>BALLOT FOR ACCEPTING OR REJECTING PLAN</u>

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

<u>ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN</u>

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _17,999.51_ ,

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual:    Gavilon Ingredients, LLC
Signed:    Alice B. B
By (if appropriate):    Alicia Burns
Its (state nature of position, if appropriate):    Sr. Credit Manager
Address:    1331 Capitol Ave
             Omaha, NE 68102

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE <u>September 10, 2021</u>.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone:  (208) 384-8588
Facsimile:  (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

## <u>BALLOT FOR ACCEPTING OR REJECTING PLAN</u>

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 – the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement").  The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan.  The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in a class described in the Plan.  If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

## ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _370,000.00_

(X) Accepts
( ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual:  _Clear Creek Properties Inc._
Signed:  _Hiram Bauer_, Director
By (if appropriate):  _HIRAM BAUER_
Its (state nature of position, if appropriate):  _Director_
Address:  _409 Shoshone Street S._
_Suite # 2B_
_Twin Falls, ID 83301_

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE September 10, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

## **BALLOT FOR ACCEPTING OR REJECTING PLAN**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN

The undersigned, an (X) unsecured, (  ) secured creditor of the above-named Debtor in the unpaid principal amount of $ _4,878.78_____,

(X) Accepts
(  ) Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual: _Black Cat Pellet Mill, Inc_
Signed: _John Stolzman Jr._  _8/16/2021_
By (if appropriate): _John Stolzman Jr_
Its (state nature of position, if appropriate): _owner / manager_
Address: _____
_P.O. Box 522_
_Gooding, ID    83330_

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE September 10, 2021.**

Matthew T. Christensen
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, ID  83702
Fax: (208) 629-2157
Email: mtc@angstman.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

<u>ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN</u>

The undersigned, an ( X ) unsecured, (   ) secured creditor of the above-named Debtor in the unpaid principal amount of $ __$50,000.00__ ,

(X)  Accepts
(  )  Rejects

the Plan of the above-named Debtor.

Print or type name of business/individual:     *Tracy Wilhelm*
Signed:     *Tracy Wilhelm*
By (if appropriate):
Its (state nature of position, if appropriate):
Address:


**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE <u>September 10, 2021.</u>**

> Matthew T. Christensen
> ANGSTMAN JOHNSON
> 199 N. Capitol Blvd, Ste 200
> Boise, ID  83702
> Fax: (208) 629-2157
> Email: mtc@angstman.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2

Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

**<u>BALLOT FOR ACCEPTING OR REJECTING PLAN</u>**

The Debtor filed the Dewit Dairy's Liquidating Plan on the 28th day of February, 2021, (Docket No. 127 - the "Plan"), in this case, and Dewit Dairy's First Amended Disclosure Statement, on the 30th day of April, 2021, (Docket No. 187 – the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is available to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

**If your ballot is not received by the Debtor's counsel on or before the date specified below, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the requirements of the Bankruptcy Code are otherwise met by the Plan.**

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 1

<u>ACCEPTANCE OR REJECTION OF THE DEWIT DAIRY'S LIQUIDATING PLAN</u>

The undersigned, an (XX) unsecured, (  ) secured creditor of the above-named Debtor in the unpaid principal amount of $<u>801,251.49,</u>

     (XX)  Accepts
     (  )  Rejects

the Plan of the above-named Debtor.

| | |
|---|---|
| Print or type name of business/individual: | KeyBank National Association |
| Signed: | |
| By (if appropriate): | Sheila R. Schwager |
| Its (state nature of position, if appropriate): | Attorney for KeyBank National Association |
| Address: | Hawley Troxell Ennis & Hawley LLP |
| | P.O. Box 1617 |
| | Boise, ID 83701 |

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE <u>September 10, 2021</u>.**

    Matthew T. Christensen
    ANGSTMAN JOHNSON
    199 N. Capitol Blvd, Ste 200
    Boise, ID  83702
    Fax: (208) 629-2157
    Email: mtc@angstman.com

BALLOT FOR ACCEPTING OR REJECTING PLAN – Page 2