UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>DEWIT DAIRY,<br><br>Debtor. | Case No. 20-40734-JMM |

## ORDER CONFIRMING CHAPTER 11 PLAN

The Debtor's Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan" – Docket No. 127) filed by the Debtor on or about February 28, 2021, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129 have been satisfied;

IT IS HEREBY ORDERED that the Plan is confirmed, subject to the conditions outlined herein.

IT IS FURTHER ORDERED that the terms of the Plan are modified as follows: The Plan, in conjunction with a description of the potential tax liabilities in the Disclosure Statement (Docket No. 187 at 12-13), proposes to pay 2021 income tax expenses prior to payment to general

unsecured creditors. The Plan is confirmed and modified to provide that any 2021 income tax obligations shall be paid *by the Debtor*[1] only after all other creditor classes have been paid in full.



DATED: October 14, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

.

Order submitted by:
Matthew T. Christensen, attorney for the Debtor


Approved as to form by:

     /s/ Andrew Jorgensen (email approval 10/4/2021)
Andrew Jorgensen, attorney for the Acting U.S. Trustee

---

[1] The Court added the words "*by the Debtor*" in the last paragraph to the proposed Order submitted by counsel to clarify that nothing herein should be construed as waiving any 2021 income tax obligation of a partner or other responsible officer or preventing any taxing entity from collecting tax obligations from partners or other responsible officers in accordance with applicable law. At the confirmation hearing the parties in interest asserted, and the Debtor in Possession agreed, that the 2021 income tax obligations were not administrative priority claims asserted against the Debtor. Thus, the parties required the payment of all allowed claims prior to any distribution to the partners for payment of 2021 income taxes.