# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-40734-JMM |
| DEWIT DAIRY ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER APPROVING APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL

The Court having reviewed and considered the Final Application for Allowance of Fees and Costs for Counsel (Docket No. 243 – the "Application"), a hearing having been held on the matter, and for good cause showing therefor:

IT IS HEREBY ORDERED that, pursuant to 11 U.S.C. §331, the Application is APPROVED with the following adjustments: (1) a voluntary reduction by Debtor's counsel of $1,111.50. The total amount awarded shall be $39,490.50 for fees and $490.85 for expenses, for a total award of $39,981.35.

IT IS FURTHER ORDERED, that the Debtor is authorized to pay this amount, as well as any unpaid amounts from prior applications for compensation, and that all compensation is confirmed pursuant to 11 U.S.C. §330.

DATED: November 4, 2021

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:

Matthew T. Christensen, attorney for the Debtor

Approved as to form by:

  /s/ Andrew Jorgensen (email approval 11/1/21)
Andrew Jorgensen, counsel for the Acting US Trustee