Kelly Greene McConnell ISB No. 4900
Amber N. Dina, ISB No. 7708
GIVENS PURSLEY LLP
601 W. Bannock Street
Post Office Box 2720
Boise, Idaho 83701-2720
Telephone (208) 388-1200
Facsimile (208) 388-1300
litigation@givenspursley.com
amberdina@givenspursley.com
15970180.1

*Attorneys for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>DEWIT DAIRY,<br><br>                Debtor. | Case No. 20-40734-JMM<br>Chapter 11 |

### FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES
### AND COSTS OF COUNSEL FOR THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS

Amber N. Dina of the firm Givens Pursley LLP applies to the Court for allowance of attorneys' fees and costs pursuant to 11 U.S.C. § 331. Applicant respectfully states and represents to the Court that:

1. Applicant is the attorney of record for Official Committee of Unsecured Creditors ("Creditors' Committee") and makes this application for allowance of compensation for professional services rendered, and for reimbursement for actual necessary costs and expenses incurred for the period August 1, 2021 to December 14, 2021.

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 1**

2.      All services for which compensation is requested by your Applicant were performed for and on behalf of the Creditors' Committee, and not on behalf of the Debtor, any individual creditor, or other person. Each attorney involved in the services for which compensation is requested is specifically identified on the attached **Exhibit A** and incorporated herein by reference.

3.      Payment of the attorneys' fees and costs should be made pursuant to the terms of the Application to Employ Counsel (Dkt. 76).

4.      Applicant, or other members of Givens Pursley LLP, has rendered services to the Creditors' Committee in the manner described on the attached **Exhibit B**, which is by this reference made a part hereof.

5.      Further, the Applicant sustained and incurred expenses and/or costs of Court described and itemized in the statement attached hereto as **Exhibit B**, in connection with Applicant's function and activities as attorney for the Creditors' Committee. A narrative summary of professionals' fees and expenses is attached hereto as **Exhibit C**.

6.      The fees requested by this Application shall not be shared with any other party outside the Applicant's law firm.

7.      The rate of compensation of the attorneys was detailed in the Employment Application (Dkt. 76). In conformity with those rates, and as detailed on **Exhibit B**, the reasonable value of the services rendered by your Applicant as attorney for the Creditors' Committee in this case since the last application for interim fees (if any) was filed is $10,458.50.

8.      The Creditors' Committee has reviewed this Application and approved the Application and amounts requested.

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 2**

WHEREFORE, the Applicant prays that an allowance of fees be made in the sum of $10,458.50 for time and services rendered on the Creditors' Committee's behalf, and $145.60 for reimbursement for expenses incurred by Applicant, for a total of $10,604.10 for fees and expenses incurred for the Creditors' Committee.

DATED this 15th day of December, 2021.

GIVENS PURSLEY LLP

By /s/ Amber N. Dina
    Kelly Greene McConnell – Of the Firm
    Amber N. Dina – Of the Firm
    Attorneys for the Official Committee of
    Unsecured Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of December, 2021, I filed the foregoing **FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Matthew T. Christensen**
mtc@johnsonmaylaw.com
mtcecf@gmail.com
mar@johnsonmaylaw.com
mla@johnsonmaylaw.com
acs@johnsonmaylaw.com
ecf@johnsonmaylaw.com
atty_christensen@bluestylus.com
christensenmr81164@notify.bestcase.com

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**David W. Gadd**
dwg@magicvalleylaw.com
jfb@magicvalleylaw.com

**Patrick J. Geile**
pgeile@foleyfreeman.com
abennett@foleyfreeman.com
nwagoner@foleyfreeman.com
r59345@notify.bestcase.com

**David A. Heida**
dheida@whitepeterson.com
lhembree@whitepeterson.com

**Andrew Seth Jorgensen**
andrew.jorgensen@usdoj.gov

**Chad Moody**
crm@johnsonmaylaw.com
acs@johnsonmaylaw.com
cjc@johnsonmaylaw.com
mar@johnsonmaylaw.com
ecf@johnsonmaylaw.com

**Sheila R. Schwager**
sschwager@hawleytroxell.com
dsorg@hawleytroxell.com

**Aaron J. Tolson**
ajt@aaronjtolsonlaw.com

**James C. Meservy**
jcmeservy@wmlattys.com
dlpeterson@wmlattys.com
lmcarpenter@wmlattys.com
jmbos@wmlattys.com

**Brandon Taylor Berrett**                    **Tyler J. Rands**
bberrett@wrightbrotherslaw.com                trands@randslawidaho.com
                                              cwootton@randslawidaho.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** on the following non-CM/ECF Registered Participants in the manner indicated:

All creditors on the attached creditor mailing          (X) U.S. Mail, Postage Prepaid
matrix.                                                 ( ) Hand Delivered
                                                        ( ) Overnight Mail
                                                        ( ) Facsimile

Dewit Dairy                                             (X) U.S. Mail, Postage Prepaid
2011 Bob Barton Hwy                                     ( ) Hand Delivered
Wendell, ID 83355                                       ( ) Overnight Mail
                                                        ( ) Facsimile

Argo Partners                                           (X) U.S. Mail, Postage Prepaid
12 West 37th Street                                     ( ) Hand Delivered
New York, NY 10018                                      ( ) Overnight Mail
                                                        ( ) Facsimile

Fair Harbor Capital LLC                                 (X) U.S. Mail, Postage Prepaid
PO Box 237037                                           ( ) Hand Delivered
New York, NY 10023                                      ( ) Overnight Mail
                                                        ( ) Facsimile

_/s/ Amber N. Dina_
Amber N. Dina

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 5**

```
Label Matrix for local noticing         APEX                            Amalgamated Sugar
0976-8                                  PO Box 565                      PO Box 127
Case 20-40734-JMM                       Hamburg, NY 14075-0565          Twin Falls, ID 83303-0127
District of Idaho
Twin Falls
Tue Dec 14 13:31:17 MST 2021

Animal Health International              Argo Partners                  Berkshire Hathaway
PO Box 561305                            12 West 37th Street            PO Box 844501
Denver, CO 80256-1305                    New York, NY 10018-7381        Los Angeles, CA 90084-4501



Berkshire Hathaway Homestate Insurance Compa   Brandon Taylor Berrett   Black Cat Pellet Mill, Inc
1314 Douglas St. Ste 1300                Wright Brothers Law Office, PLLC   PO Box 522
Omaha, NE 68102-1944                     1440 Blue Lakes Blvd. N        Gooding, ID 83330-0522
                                         Twin Falls, ID 83301-3345


CSC Gold, Inc.                           Campbell Tractor and Implement, Inc   Cereal Byproducts Company
White Peterson Gigray & Nichols, P.A.    2014 Franklin Blvd            PO Box 6700
5700 E. Franklin Rd., Suite 200          Nampa, ID 83687-6891          Carol Stream, IL 60197-6700
Nampa, ID 83687-7901


Matthew Todd Christensen                 Circle C Equipment Repair       Clay Nannini
Johnson May, PLLC                        27 N 150 W                     WESTERRA REAL ESTATE GROUP
199 N. Capitol Blvd                      Jerome, ID 83338-5379          205 Shoshone St N., Ste 101
Suite 200                                                               TWIN FALLS, ID 83301-6165
Boise, ID 83702-6197


Clear Creek Properties, Inc.             Clear Lakes Products, LLC       Coastline Equipment
PO Box 1598                              PO Box 246                     2000 E Overland Rd
Twin Falls, ID 83303-1598                Buhl, ID 83316-0246            Meridian, ID 83642-6665



Commodity Specialists Cmpy               Cooper Norman CPAs             Corporation Service Company
PO Box 802233                            PO Box 5399                    801 Adlai Stevenson Drive
Kansas City, MO 64180-2233               Twin Falls, ID 83303-5399      Springfield, IL 62703-4261



DHI Computing Service, Inc               Darling International Inc       David Heida
1525 W 820 N                             PO Box 554885                  PO BOX 956
Provo, UT 84601-1342                     Detroit, MI 48255-4885         KUNA, ID 83634-0900



David Heida                              (p)INTERNAL REVENUE SERVICE     Amber Nicole Dina
White Peterson Gigray & Nichols, P.A.    CENTRALIZED INSOLVENCY OPERATIONS   Givens Pursley LLP
5700 E. Franklin Rd., Suite 200          PO BOX 7346                    601 W. Bannock Street
Nampa, ID 83687-7901                     PHILADELPHIA PA 19101-7346     Boise, ID 83702-5919


Don's Irrigation Repair                  Fair Harbor Capital, LLC        David W. Gadd
294 A South 300 East                     Ansonia Finance Station        Stover, Gadd & Associates, PLLC
Jerome, ID 83338-6534                    PO Box 237037                  905 Shoshone St. N.
                                         New York, NY 10023-0028        P.O. Box 1428
                                                                        Twin Falls, ID 83303-1428
```

Gavilon Grain, LLC
1331 Capitol Ave
Omaha, NE 68102-1197

Gavilon Ingredients, LLC
1331 Capitol Ave
Omaha, NE 68102-1197

Glen Capps, Inc
PO Box 448
Jerome, ID 83338-0448

Glen Capps, Inc.
C/O Heida Law Office, PLLC
P.O. Box 956
Kuna, ID 83634-0900

Hatfield Manufacturing
1823 Shoestring Rd
Gooding, ID 83330-5361

David A. Heida
White, Peterson, Gigray & Nichols, P.A.
5700 E Franklin Rd Suite 200
Nampa, ID 83687-7901

ITC Services
4172 N Frontage Rd E
Moses Lake, WA 98837-4901

Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410

Intermountain Animal Health
PO Box 194
Smithfield, UT 84335-0194

Internal Revenue Service
Centralized Insolvency
PO BOX 7346
Philadelphia, PA  19101-7346

J   C Custom LLC
528 Washington Street
Twin Falls, ID 83301-5642

J&C Custom, LLC
c/o Worst, Stover, Gadd & Spiker
PO Box 1428
Twin Falls, ID 83303-1428

JCM1, LLC
5207 E 3rd Ave
Spokane, WA 99212-0725

John Johnson
3520 S 2100 E
Wendell, ID 83355-3529

Andrew Seth Jorgensen
DOJ-UST
550 W Fort St.
Ste 698
Boise, ID 83724-0101

Julie Renee Dewit
2010 Bob Barton Highway
Wendell, ID 83355-3553

Key AG
PO Box 150
Murtaugh, ID 83344-0150

KeyBank National Association
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Keybank National Association
4910 Tiedeman Road
Brooklyn, OH 44144-2338

Liberty Mutual Insurance
PO Box 3229
New York, NY 10116-3229

MWI Veterinary Supply, Inc
14659 Collections Center Dr
Chicago, IL 60693-0001

Magic Valley QMP, Inc.
PO Box 507
JEROME, ID 83338-0507

Kelly Greene McConnell
POB 2720
Boise, ID 83701-2720

James C Meservy
POB 168
Jerome, ID 83338-0168

MetLife Investment Mgmt, LLC
PO Box 25965
Shawnee Mission, KS 66225-5965

Metropolitan Life Insurance
8717 W. 110th St. Ste. 700
Overland Park, KS 66210-2127

Chad Moody
Johnson May
199 N. Capitol Blvd., Suite 200
Boise, ID 83702-6197

Oak Valley Dairy, L.L.C.
468 S. 800 W.
Burley, ID 83318-5201

Penny Newman
PO Box 12147
Fresno, CA 93776-2147

Performance Plus
314 S 500 E
Jerome, ID 83338-6820

Progressive Bovine Supply
122 W 465 S
Jerome, ID 83338-6028

Progressive Dairy Services
485 S Idaho St
Wendell, ID 83355-5241

Progressive Dairy Service & Supplies Corp.
c/o Worst, Stover, Gadd & Spiker, PLLC
PO Box 1428
Twin Falls, ID 83303-1428

Quesnell Kohtz Vet Services
3024 E 3500 N
Twin Falls, ID 83301-0308

Tyler Jeffrey Rands
RandsLaw, PLLC
1502 Locust St. N., Ste. 500B
Twin Falls, ID 83301-4164

(p)SAWTOOTH DAIRY SPECIALTIES LLC
ATTN MARGARET KRASZNAVOLGYI
3274 S 2300 E
JEROME ID 83338-4016

Sheila Rae Schwager
HAWLEY TROXELL ENNIS and HAWLEY LLP
POB 1617
Boise, ID 83701-1617

Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

Sheila Schwager
c/o Hawley Troxell
877 W. Main St., 10th Floor
Boise, ID 83702-5883

Standard Dairy Consultants
PO Box 3844
Omaha, NE 68103-0844

Standley   Co
PO Box 14
Twin Falls, ID 83303-0014

Standley Trenching Inc
642 Farmore Road
Jerome, ID 83338-5514

Sweet's Septic
403 S Rail St W
Shoshone, ID 83352-5315

Tony DeWit
2010 Bob Barton Hwy
Wendell, ID 83355-3553

Tony Dewit
2011A Bob Barton Highway
Wendell, ID 83355

Tracy Jean Wilhelm
33 Canyonview Road
Jerome, ID 83338-6012

Tracy Wilhelm
33 Canyon View Road
Jerome, ID 83338-6012

Treyes Calf Ranch
309 W 100 N
JEROME, ID 83338-5261

Two L Farms
6832 W 6000 N
Rexburg, ID 83440-3079

US Commodities, LLC
PO Box 860417
Minneapolis, MN 55486-0417

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Valley Wide Cooperative
2114 N 20th St
Nampa, ID 83687-6850

Vanden Bosch Inc
PO Box 543
Jerome, ID 83338-0543

Wendell Tire
190 W Ave B
Wendell, ID 83355-5502

Wendell Truck   Auto Parts
PO Box 213
Wendell, ID 83355-0213

Western Truck   Equipment
PO Box 563
Jerome, ID 83338-0563

Williams, Meservy & Larsen, LLP
Kimberly L. Williams
PO Box 168
Jerome, Idaho 83338-0168

Williams, Meservy,   Larsen
153 E Main St
Jerome, ID 83338-2332

Young   Young Leasing, LLC
c/o Tyler Rands
1502 Locust St. N. Ste 500B
TWIN FALLS, ID 83301-4164

Young & Young Leasing, LLC
c/o RandsLaw PLLC
1502 Locust St N, Ste 500B
Twin Falls, ID 83301-4164

c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Dept. of the Treasury - IRS                    Sawtooth Dairy Specialties
P.O. Box 480                                   3274 S 2300 E
Holtsville, NY 11742-0480                      Jerome, ID 83338




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Amalgamated Sugar Company LLC           (d)Tony Dewit                    (d)Valley Wide Cooperative
                                               2010 Bob Barton Hwy             2114 N. 20th Street
                                               Wendell, ID 83355-3553          Nampa, ID 83687-6850



End of Label Matrix
Mailable recipients    90
Bypassed recipients     3
Total                  93

Exhibit A

Exhibit A

**EXHIBIT A**
**SUMMARY SHEET**

Fees Previously Requested: $73,718.00     Name of Applicant: Amber N. Dina

Fees Previously Awarded: $66,610.50     Role in Case: Attorney for Creditors'
                                        Committee

Costs Previously Requested: $490.30     **CURRENT APPLICATION**

Costs Previously Awarded: $490.30     Fees Requested: **$10,458.50**

Retainer Paid: $0.00     Costs Requested: **$145.60**

                                      TOTAL **$10,604.10**

| Hours Billed | | | | |
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Amber N. Dina | 13 | 27.30 | $285.00 | $7,780.50 |
| Neal A. Koskella | 8 | 0.20 | $280.00 | $  56.00 |
| Keri Moody | Paralegal | 13.80 | $190.00 | $2,622.00 |

Total Fees          $10,458.50
Total Costs         $    145.60
**TOTAL**           $10,604.10

Blended hourly rate for attorneys:  $253.54

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 6**

Exhibit B

Exhibit B

## Givens Pursley LLP

## Fees Listing

### *Unsecured Creditors Committee - DeWit Dairy - Bankruptcy*

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| | | | | | | | **CASE ADMINISTRATION** |
| 08/02/2021 | B110 | A104 | AND | 0.20 | 57.00 | 285.00 | Review prior communications with unsecured creditors and timing and contents of next update. |
| 08/02/2021 | B110 | A105 | AND | 0.30 | 85.50 | 285.00 | Communicate regarding creditors' update and fee application. |
| 08/03/2021 | B110 | A110 | KAD | 0.10 | 19.00 | 190.00 | Maintain database of key bankruptcy documents for access by unsecured creditors. |
| 08/04/2021 | B110 | A106 | AND | 0.30 | 85.50 | 285.00 | Exchange of email communication with creditors' committee regarding fee application and case developments. |
| 08/12/2021 | B110 | A108 | AND | 0.40 | 114.00 | 285.00 | Email communication with creditors' committee regarding plan and case status; |
| 08/12/2021 | B110 | A103 | AND | 0.40 | 114.00 | 285.00 | Edit letter to unsecured creditors with update on case and balloting deadlines. |
| 08/16/2021 | B110 | A104 | AND | 0.20 | 57.00 | 285.00 | Review issues related to plan balloting and other deadlines. |
| 08/23/2021 | B110 | A104 | AND | 0.20 | 57.00 | 285.00 | Email communication with counsel for United States Trustee's office related to fee application. |
| 09/23/2021 | B110 | A104 | AND | 0.40 | 114.00 | 285.00 | Analyze issues regarding case wrap up and information to communicate to unsecured creditors. |
| 10/01/2021 | B110 | A106 | AND | 0.40 | 114.00 | 285.00 | Edit letter to unsecured creditors regarding case status. |
| 10/04/2021 | B110 | A108 | AND | 0.20 | 57.00 | 285.00 | Finalize correspondence to unsecured creditors. |
| 10/04/2021 | B110 | A106 | AND | 0.20 | 57.00 | 285.00 | Email communication with committee regarding correspondence with unsecured creditors. |
| 10/04/2021 | B110 | A108 | KAD | 0.20 | 38.00 | 190.00 | Correspondence to unsecured creditors to provide update on status of case and distributions; |
| 10/14/2021 | B110 | A108 | KAD | 0.40 | 76.00 | 190.00 | Draft update correspondence to unsecured creditors regarding status of payment of claims and recent bankruptcy developments. |
| 10/15/2021 | B110 | A107 | AND | 0.20 | 57.00 | 285.00 | Email communication with debtor's counsel regarding anticipated timing of distributions. |
| 10/15/2021 | B110 | A108 | AND | 0.20 | 57.00 | 285.00 | Edit letter to unsecured creditors regarding plan confirmation and timing of distributions. |
| 10/18/2021 | B110 | A106 | AND | 0.30 | 85.50 | 285.00 | Email communication with committee members regarding plan confirmation and distributions. |
| 10/19/2021 | B110 | A108 | AND | 0.40 | 114.00 | 285.00 | Email communication with multiple unsecured creditors regarding correspondence related to anticipated distributions under plan. |
| 10/26/2021 | B110 | A108 | AND | 0.20 | 57.00 | 285.00 | Communicate regarding timing of distributions to unsecured creditors. |
| 10/26/2021 | B110 | A103 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence regarding status of payment of administrative claim for legal fees and initial distribution to unsecured creditors. |
| 10/29/2021 | B110 | A104 | AND | 0.10 | 28.50 | 285.00 | Review Debtor's monthly operating report. |
| 11/01/2021 | B110 | A106 | AND | 0.30 | 85.50 | 285.00 | Communicate regarding issues related to timing of payments to unsecured creditors. |
| 11/01/2021 | B110 | A103 | KAD | 0.20 | 38.00 | 190.00 | Follow up regarding pro rata distributions to unsecured creditors and payment of committee's legal fees. |
| 11/04/2021 | B110 | A106 | AND | 0.20 | 57.00 | 285.00 | Email communication with committee members who inquired about status of distributions. |
| 11/08/2021 | B110 | A107 | AND | 0.20 | 57.00 | 285.00 | Exchange of email communication with debtor's counsel regarding debtor's objections to IRS payroll tax claims and related delay in distributions to unsecured creditors |
| 11/08/2021 | B110 | A106 | AND | 0.20 | 57.00 | 285.00 | Email communication with creditors committee regarding status of distributions. |

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 11/08/2021 | B110 | A103 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence to follow up regarding payment to unsecured creditors and legal fees for creditors' committee. |
| 11/08/2021 | B110 | A103 | KAD | 0.40 | 76.00 | 190.00 | Correspondence to unsecured creditors regarding update on payment distribution under confirmed plan. |
| 11/09/2021 | B110 | A108 | AND | 0.30 | 85.50 | 285.00 | Email communication with unsecured creditors regarding distributions. |
| 11/09/2021 | B110 | A108 | AND | 0.20 | 57.00 | 285.00 | Edit letter to unsecured creditors with case status update. |
| 11/09/2021 | B110 | A103 | KAD | 0.30 | 57.00 | 190.00 | Revise and send update correspondence to unsecured creditors. |
| 12/06/2021 | B110 | A107 | AND | 0.20 | 57.00 | 285.00 | Exchange of email communication with debtor's counsel regarding timing of distributions. |
| 12/08/2021 | B110 | A106 | AND | 0.20 | 57.00 | 285.00 | Email communication with creditors' committee regarding case status and distributions to creditors. |
| 12/08/2021 | B110 | A103 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence regarding distributions to unsecured creditors. |
| 12/09/2021 | B110 | A104 | AND | 0.20 | 57.00 | 285.00 | Review email communication from debtor's counsel and unsecured creditors related to status of distributions. |
| 12/10/2021 | B110 | A108 | AND | 0.20 | 57.00 | 285.00 | Communicate with unsecured creditors regarding case status. |
| 12/10/2021 | B110 | A108 | AND | 0.30 | 85.50 | 285.00 | Edit letter to unsecured creditors regarding distributions by debtor. |
| 12/10/2021 | B110 | A103 | KAD | 0.30 | 57.00 | 190.00 | Draft correspondence to unsecured creditors regarding status of distributions and status of case. |
| 12/13/2021 | B110 | A103 | KAD | 0.20 | 38.00 | 190.00 | Revise and finalize update letter to unsecured creditors' committee. |
|  |  |  |  | 9.80 | 2,536.50 |  |  |

## ASSET DISPOSITION

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 08/26/2021 | B130 | A104 | AND | 0.10 | 28.50 | 285.00 | Review debtor's notice to sell equipment through auction. |
| 08/31/2021 | B130 | A104 | KAD | 0.20 | 38.00 | 190.00 | Review debtor's notice of sale of personal property and attend to related deadlines. |
|  |  |  |  | 0.30 | 66.50 |  |  |

## FEE/EMPLOYMENT APPLICATIONS

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 08/02/2021 | B160 | A109 | AND | 0.20 | 57.00 | 285.00 | Attend hearing on application for interim compensation for accountant. |
| 08/02/2021 | B160 | A103 | KAD | 0.90 | 171.00 | 190.00 | Revise and further draft spreadsheet of fees and costs from March 1, 2021 to July 31, 2021 for second interim fee application. |
| 08/03/2021 | B160 | A103 | AND | 0.80 | 228.00 | 285.00 | Edit interim fee application. |
| 08/03/2021 | B160 | A103 | KAD | 1.30 | 247.00 | 190.00 | Further draft second interim fee application and exhibits thereto. |
| 08/05/2021 | B160 | A103 | KAD | 0.30 | 57.00 | 190.00 | Finalize second interim fee application and notice of hearing. |
| 08/20/2021 | B160 | A103 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence regarding U.S. Trustee's objection to certain fees in second interim fee application. |
| 08/30/2021 | B160 | A109 | AND | 0.30 | 85.50 | 285.00 | Attend hearing on interim fee application. |
| 08/30/2021 | B160 | A103 | AND | 0.20 | 57.00 | 285.00 | Edit proposed order on fee application. |
| 08/30/2021 | B160 | A107 | AND | 0.20 | 57.00 | 285.00 | Email communication with United States Trustee on proposed order. |
| 08/30/2021 | B160 | A107 | AND | 0.30 | 85.50 | 285.00 | Exchange of email communication with debtor's counsel regarding tax issue. |
| 08/30/2021 | B160 | A103 | KAD | 0.30 | 57.00 | 190.00 | Draft order approving second interim fee application. |
| 09/23/2021 | B160 | A106 | AND | 0.30 | 85.50 | 285.00 | Communicate with committee regarding hearing outcome. |
| 09/29/2021 | B160 | A103 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence regarding expiration of blackout period for fee application and filing of next interim application. |
| 10/11/2021 | B160 | A104 | AND | 0.20 | 57.00 | 285.00 | Review application for compensation filed by debtor's counsel. |

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 10/11/2021 | B160 | A104 | KAD | 0.20 | 38.00 | 190.00 | Review debtor's counsel's final fee application and related deadline for objection as well as notice of hearing thereon. |
| 11/01/2021 | B160 | A109 | AND | 0.30 | 85.50 | 285.00 | Attend hearing on fee application filed by debtor's counsel. |
| 12/08/2021 | B160 | A103 | KAD | 0.20 | 38.00 | 190.00 | Begin to draft final fee application. |
| 12/10/2021 | B160 | A108 | KAD | 0.30 | 57.00 | 190.00 | Exchange correspondence with Judge Meier's chambers regarding hearing date for final fee application. |
| 12/10/2021 | B160 | A103 | KAD | 0.20 | 38.00 | 190.00 | Draft notice of hearing regarding final fee application. |
| 12/10/2021 | B160 | A103 | KAD | 0.40 | 76.00 | 190.00 | Draft final fee application. |
| 12/14/2021 | B160 | A103 | KAD | 1.80 | 342.00 | 190.00 | Further draft final fee application and accompanying exhibits. |
| 12/14/2021 | B160 | A106 | KAD | 0.2 | 38.00 | 190.00 | Correspondence to creditors' committee regarding final fee application. |
| | | | | 9.30 | 2,033.00 | | |

### CLAIMS ADMINISTRATION AND OBJECTIONS

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 09/22/2021 | B310 | A104 | KAD | 0.20 | 38.00 | 190.00 | Analyze debtor's objections to various unsecured claims. |
| 10/13/2021 | B310 | A104 | AND | 0.20 | 57.00 | 285.00 | Review briefing filed by unsecured creditor Young and Young leasing in support of proof of claim. |
| 11/12/2021 | B310 | A104 | AND | 0.20 | 57.00 | 285.00 | Review amended claims filed by IRS. |
| 11/12/2021 | B310 | A107 | AND | 0.20 | 57.00 | 285.00 | Exchange of email communication with debtor's counsel regarding IRS claims. |
| 11/12/2021 | B310 | A104 | KAD | 0.30 | 57.00 | 190.00 | Analyze amended claims filed by the IRS and draft memorandum regarding the same. |
| 11/22/2021 | B310 | A103 | KAD | 0.20 | 38.00 | 190.00 | Correspondence regarding status of resolution of issues with IRS and distributions to unsecured creditors. |
| 11/30/2021 | B310 | A107 | AND | 0.20 | 57.00 | 285.00 | Exchange of email communication with debtor's counsel regarding status of negotiations with IRS and distributions to creditors. |
| 12/10/2021 | B310 | A103 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence regarding status of distributions to unsecured creditors on claims and related overly of administrative payouts and impact upon claims. |
| 12/10/2021 | B310 | A103 | KAD | 0.30 | 57.00 | 190.00 | Exchange correspondence regarding Hudson Insurance as possible additional unsecured creditor and impact upon distributions as well as actions by debtor with regard to asserted claim. |
| | | | | 2.00 | 456.00 | | |

### PLAN AND DISCLOSURE STATEMENT

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 08/06/2021 | B320 | A104 | KAD | 0.20 | 38.00 | 190.00 | Review court's order approving disclosure statement and attend to related deadlines. |
| 08/10/2021 | B320 | A108 | KAD | 0.40 | 76.00 | 190.00 | Draft letter to unsecured creditors regarding status of plan and disclosure statement and related property liquidation. |
| 08/27/2021 | B320 | A107 | AND | 0.20 | 57.00 | 285.00 | Email communication with counsel for unsecured creditor raising concerns related to sale tax payment under plan. |
| 08/27/2021 | B320 | A104 | AND | 0.20 | 57.00 | 285.00 | Analyze issues related to debtor's anticipated tax payment. |
| 08/30/2021 | B320 | A104 | AND | 0.40 | 114.00 | 285.00 | Review disclosure statement and plan regarding reference to tax payment and priority. |
| 08/30/2021 | B320 | A102 | AND | 3.60 | 1,026.00 | 285.00 | Research and review case law regarding partnership taxes and bankruptcy estate. |
| 08/30/2021 | B320 | A107 | AND | 0.10 | 28.50 | 285.00 | Email with counsel for KeyBank regarding plan payment. |
| 08/30/2021 | B320 | A107 | AND | 0.20 | 57.00 | 285.00 | Email communication with counsel for unsecured creditor regarding tax issue. |
| 08/30/2021 | B320 | A104 | NAK | 0.20 | 56.00 | 280.00 | Briefly evaluate possible partnership tax liabilities in light of proposed plan of reorganization and line-item for payment of taxes. |

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 08/30/2021 | B320 | A103 | KAD | 0.20 | 38.00 | 190.00 | Correspondence regarding plan objection option as to tax issues and priority of tax payments. |
| 08/30/2021 | B320 | A108 | KAD | 0.20 | 38.00 | 190.00 | Correspondence to Judge Meier's chambers regarding proposed order approving second interim fee application. |
| 09/01/2021 | B320 | A107 | AND | 0.20 | 57.00 | 285.00 | Review email communication from debtor's counsel regarding tax issue. |
| 09/01/2021 | B320 | A103 | KAD | 0.20 | 38.00 | 190.00 | Correspondence regarding ballot and objection to plan. |
| 09/08/2021 | B320 | A107 | AND | 0.50 | 142.50 | 285.00 | Email communication with debtor's counsel, United States Trustee counsel and counsel for unsecured creditors regarding tax issue. |
| 09/08/2021 | B320 | A103 | AND | 0.50 | 142.50 | 285.00 | Outline brief in support of opposition to plan confirmation. |
| 09/09/2021 | B320 | A106 | AND | 0.40 | 114.00 | 285.00 | Email communication with Committee members regarding case developments anticipated objection to plan confirmation. |
| 09/09/2021 | B320 | A107 | AND | 0.30 | 85.50 | 285.00 | Email communication with counsel for unsecured creditor regarding plan confirmation issues. |
| 09/09/2021 | B320 | A107 | AND | 0.10 | 28.50 | 285.00 | Email communication with counsel for United States Trustee regarding tax issue status and anticipated objection. |
| 09/09/2021 | B320 | A107 | AND | 0.60 | 171.00 | 285.00 | Begin drafting objection to plan confirmation due to tax issue. |
| 09/10/2021 | B320 | A107 | AND | 0.20 | 57.00 | 285.00 | Email communication with unsecured creditors regarding plan. |
| 09/10/2021 | B320 | A103 | AND | 4.60 | 1,311.00 | 285.00 | Draft opposition to tax payment proposed under plan. |
| 09/10/2021 | B320 | A104 | AND | 0.40 | 114.00 | 285.00 | Review objections to plan filed by United States Trustee and unsecured creditor. |
| 09/10/2021 | B320 | A103 | KAD | 0.20 | 38.00 | 190.00 | Follow up regarding exhibit and witness disclosures as well as briefing regarding confirmation issues. |
| 09/13/2021 | B320 | A106 | AND | 0.20 | 57.00 | 285.00 | Email communication with Committee members regarding objections to plan. |
| 09/13/2021 | B320 | A108 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence with Judge's chambers regarding exhibit designations for confirmation hearing. |
| 09/15/2021 | B320 | A105 | AND | 0.20 | 57.00 | 285.00 | Communicate on issues related to plan confirmation hearing and related exhibits and witnesses. |
| 09/15/2021 | B320 | A103 | AND | 0.20 | 57.00 | 285.00 | Edit witness/exhibit list and notice of intent to cross examine. |
| 09/15/2021 | B320 | A104 | AND | 0.40 | 114.00 | 285.00 | Review debtor's ballot summary and pre-confirmation report. |
| 09/15/2021 | B320 | A106 | AND | 0.50 | 142.50 | 285.00 | Email communication with unsecured creditors committee regarding pre-confirmation report and upcoming hearing. |
| 09/15/2021 | B320 | A103 | KAD | 0.30 | 57.00 | 190.00 | Prepare notice of intent to cross examine for confirmation hearing. |
| 09/15/2021 | B320 | A103 | KAD | 0.50 | 95.00 | 190.00 | Prepare exhibit and witness lists for confirmation hearing. |
| 09/15/2021 | B320 | A107 | KAD | 0.30 | 57.00 | 190.00 | Correspondence to case counsel to serve exhibits for confirmation hearing. |
| 09/16/2021 | B320 | A104 | AND | 0.50 | 142.50 | 285.00 | Analyze strategic issues regarding debtor's plan confirmation hearing. |
| 09/21/2021 | B320 | A101 | AND | 0.40 | 114.00 | 285.00 | Communicate on issues related to plan confirmation hearing. |
| 09/22/2021 | B320 | A107 | AND | 0.20 | 57.00 | 285.00 | Email with unsecured creditor's counsel regarding hearing. |
| 09/22/2021 | B320 | A101 | KAD | 0.10 | 19.00 | 190.00 | Prepare for confirmation hearing. |
| 09/23/2021 | B320 | A109 | AND | 0.80 | 228.00 | 285.00 | Prepare for and attend hearing on plan confirmation. |
| 09/29/2021 | B320 | A107 | AND | 0.10 | 28.50 | 285.00 | Email communication with counsel for the United States Trustee regarding status of order confirming plan. |
| 10/14/2021 | B320 | A104 | AND | 0.10 | 28.50 | 285.00 | Review order confirming plan. |
| 10/14/2021 | B320 | A105 | AND | 0.40 | 114.00 | 285.00 | Communicate regarding plan confirmation. |
| 10/15/2021 | B320 | A104 | KAD | 0.20 | 38.00 | 190.00 | Review order confirming plan and follow up regarding implementation issues. |

| Date | Task | Activity | Attorney | Hours | Amount | Rate | Narrative |
|------|------|----------|----------|-------|--------|------|-----------|
| 11/15/2021 | B320 | A103 | KAD | 0.20 | 38.00 | 190.00 | Exchange correspondence regarding delay in interim payments to unsecured creditors, changes to IRS claim, and action thereon. |
| | | | | 19.90 | 5,366.50 | | |
| | | | | **41.30** | **10,458.50** | | TOTAL |

| Task | Hours | Amount | Description |
|------|-------|--------|-------------|
| B110 | 9.80 | 2,536.50 | Case Administration |
| B130 | 0.30 | 66.50 | Asset Disposition |
| B160 | 9.30 | 2,033.00 | Fee/Employment Applications |
| B310 | 2.00 | 456.00 | Claims Administration and Objections |
| B320 | 19.90 | 5,366.50 | Plan and Disclosure Statement |
| | **41.30** | **10,458.50** | |

| Attorney | Hours | Amount | Rate |
|----------|-------|--------|------|
| AND | 27.30 | 7,780.50 | 285.00 |
| KAD | 13.80 | 2,622.00 | 190.00 |
| NAK | 0.20 | 56.00 | 280.00 |
| | **41.30** | **10,458.50** | |

| | |
|--|--|
| 253.23 | Blended Rate |

# Givens Pursley LLP

## Expense Listing

### *Unsecured Creditors Committee - DeWit Dairy - Bankruptcy*

| Date | Description | Amount | Vendor | Narrative |
|------|-------------|--------|--------|-----------|
| 8/5/2021 | Postage | 145.60 | | Postage |
| | | **145.60** | | |

Exhibit C

Exhibit C

**EXHIBIT C**
**NARRATIVE SHEET**

| | Information Requested | Information Given |
|---|---|---|
| I. | BACKGROUND:<br><br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | September 18, 2020 |
| B. | Date of the "Order Authorizing Employment of Counsel". | December 28, 2020 (Application for Employment filed on November 19, |
| C. | Date services commenced. | November 19, 2020 |
| D. | Rate Applicant charges its non-bankruptcy clients for similar services. | Same as other similarly situated clients: $385.00 for senior partners, $285.00 for junior partners, $225.00 for associates, and $190.00 for paralegals |
| E. | Application is final or interim. | Final. |
| F. | Time period of the services or expenses covered by the Application | August 1, 2021, through December 14, 2021 |
| | | |
| II. | CASE STATUS:<br><br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of cash on hand or on deposit in the estate. | No retainer or other funds are being held by counsel on behalf of the Creditors' Committee. |
| B. | Amount and nature of accrued, unpaid administrative expenses. | To the best of the Applicant's knowledge, the only other unpaid administrative expenses are those of the estate's other professionals, the marketing professional and accountant. |
| C. | The amount of unencumbered funds in the estate. | The Applicant is unaware of any such funds. |
| | | |
| III. | PROJECT SUMMARY:<br><br>Description of each professional project or task for which compensation and reimbursement is sought. | |

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 7**

| | Information Requested | Information Given |
|---|---|---|
| A. | Description of projects. | See Exhibit B attached hereto for a detailed description of what has been performed on behalf of the estate by the Applicant and the fees and costs incurred in these projects. |
| B. | Necessity of projects. | **Case Administration** was necessary for analysis and communication with the Creditors' Committee regarding aspects of the bankruptcy and recommendations to proceed. Applicant also analyzed the bankruptcy and case filings and addressed motion practice and other required activities in the case to advance the interests of the class of unsecured creditors. Applicant analyzed various financial disclosures of the Debtor as well as monitored distributions to unsecured creditors and post confirmation matters.<br><br>**Asset Disposition** analysis was necessary to evaluate the Debtor's sale of its remaining personal property, including seeing the sale process through to completion.<br><br>**Fee/Employment Applications** were necessary in order to seek and obtain court approval for the Applicant's second fee application, to prepare this application, and analyze other fee applications filed by professionals in this case.<br><br>**Claims Administration and Objections** were necessary to evaluate claims filed in the case for possible objections or other reductions to maximize recovery for unsecured creditors, including the claims of the IRS and additional third parties emerging with claims.<br><br>**Plan and Disclosure Statement** was necessary to evaluate the Debtor's plan and disclosure statement, address post confirmation issues, including taxing issues and plan implementation, and |

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 8**

|  | Information Requested | Information Given |
|---|---|---|
|  |  | ensure maximum recovery and distribution to unsecured creditors. |
| C. | Benefit of projects to the estate. | The projects have allowed the Creditors' Committee to analyze the assets and liabilities of the Debtor, assets available to pay the claims of unsecured creditors, attend to motion practice and disclosure statement and confirmation proceedings, attend to the sale of the Debtor's real and personal property, address distributions to unsecured creditors, report to the Creditors' Committee, attend required hearings and communicate with creditors, analyze claims, and serve discovery requests to the Debtor. |
| D. | Status of project. | Final. |
| E. | Identification of each person providing services on the projects. | See the attached Exhibit A. |
| F. | Number of hours spent, and the amount of compensation requested for each professional and para-professional. | See the attached Exhibit A. |
| G. | Itemized time and services entries. | See the attached Exhibit B. |

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS OF
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS - 9**