## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 20-40734-JMM |
| DEWIT DAIRY, | Chapter 11 |
| Debtor. | |

### ORDER CLOSING CHAPTER 11 CASE

This matter having come before the Court based upon the Debtors-in-Possession's Motion to Close Case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, filed October 14, 2022, (Docket No. 282); the Court having reviewed the Motion and no objection to the Motion having been filed, and good cause appearing therefore;

IT IS HEREBY ORDERED that this Chapter 11 bankruptcy proceeding is closed.

// end of text //

DATED: March 21, 2023

_____

JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:

Matthew T. Christensen
Attorney for Debtors